STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
---------------------------------x
In the Matter of the Application of

ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)
---------------------------------x

AFFIRMATION IN RESPONSE TO MOTION FOR LEAVE TO AMEND PETITION

2008-0017
~~File No. 0017/2009~~

ROBERT A. MEISTER, a member of the New York Bar, hereby affirms under the penalties of perjury:

1 I am a member of the Bar and of Pedowitz & Meister LLP, counsel for respondent Dalia Genger, Trustee of the Orly Genger 1993 Trust (the "Orly Trust"). I make this affirmation in response to the motion of beneficiary Orly Genger ("Orly") further to amend her Petition.

2 While Respondent does not agree with allegations in the proposed Second Amended Verified Petition, which neither she nor her counsel had seen before receipt of this motion, as I as counsel believed under the law's liberal amendment policies the Court would likely grant leave, I stipulated to allow the amendment. Of course, that stipulation is not to be construed as an admission of the validity of the pleading.

3 The motion also requests an Order deeming the Second Amended Verified Petition served on all the parties. If the Court grants such relief, I respectfully request that the Order provide an extended time of 45 days from service of notice of entry of the Order to respond thereto. This request is due to the need to schedule other professional dates in October my planned trip to Europe from October 7 through 16 and also due to the complexity of the matters alleged.

September 23, 2010

Robert A. Meister
Pedowitz & Meister LLP
1501 Broadway
New York, NY 10036
212.403.7330
Attorneys for Dalia Genger, Trustee

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Application of

ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

2008-0017
File No. 0017/2009

| STATE OF NEW YORK | ) |
|---|---|
| | : ss.: |
| COUNTY OF NEW YORK | ) |

David Bartky, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 23rd day of September, 2010, I served the annexed

AFFIRMATION IN RESPONSE TO MOTION FOR LEAVE TO AMEND PETITION

on Petitioner by sending same via pre-paid first class U.S. mail to:

> Judith E. Siegel-Baum, Esq.
> Cozen O'Connor PC
> 277 Park Avenue
> New York, NY 10177,

her counsel of record.

_____
David Bartky

Sworn to before me this
23rd day of September, 2010.

_____
Notary Public