

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of
ORLY GENGER, as a person interested,
for the removal of DALIA GENGER
as Trustee of the Orly Genger 1993 Trust
pursuant to SCPA §711 (11)

---

STIPULATION WITHDRAWING
ORDER TO SHOW CAUSE
SIGNED JULY 16, 2010

File No.: 0017/2008

**IT IS HEREBY STIPULATED AND AGREED**, by and between Petitioner, ORLY GENGER, and Respondent, DALIA GENGER, by their respective counsel:

1. On July 16, 2010, Surrogate Nora S. Anderson signed an Order to Show Cause, Respondent Dahlia Genger filed an Answer and Petitioner Orly Genger filed a Reply Affidavit on July 28, 2010.

2. On the return date Counsel appeared and the case was conferenced before Senior Court Attorney Mary Santamarina.

3. A Stipulation was signed by Petitioner and Respondent on ~~August~~ September 8, 2010 which is annexed as <u>Exhibit A</u> (and not so-ordered by this Court).

4. Petitioner's Order to Show Cause signed July 16, 2010 by Surrogate Nora S. Anderson, Respondent's Answer, and Petitioner's Reply Affidavit are hereby withdrawn.

5. The Parties' counsel further stipulate and agree that Petitioner will move this Court for permission to amend the Amended Petition in a motion returnable before Surrogate Anderson on October 1, 2010 and Respondent will not object to Petitioner's request to amend.

By: _____
Judith E. Siegel-Baum
Cozen O'Connor
Attorneys for Orly Genger
277 Park Avenue
New York, New York 10172
(212) 883-4900

Dated:

By: _____
Robert A. Meister
Pedowitz & Meister LLP
Attorneys for Dalia Genger
1501 Broadway
New York, New York 10036
(212) 403-7330

Dated: Sept 8, 2010

NYC_MIDTOWN\1589782\1 252931.000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of
ORLY GENGER, as a person interested,
for the removal of DALIA GENGER
as Trustee of the Orly Genger 1993 Trust
pursuant to SCPA §711 (11)

**STIPULATION**

File No.: 0017/2008

Stipulation made and entered into on ~~August~~ Sept __, 2010 between ORLY GENGER, Petitioner, and DALIA GENGER, Respondent, collectively referred to as (the "Parties") and their respective Counsel:

WHEREAS, ORLY GENGER commenced the above-captioned proceeding by filing an Order to Show Cause in New York County Surrogate's Court on June 22, 2009; and

WHEREAS, by Stipulation of the Parties and their respective counsel, Surrogate Troy K. Webber signed an Order to Show Cause dated July 1, 2009 confirmed on August 18, 2009 with certain restraints contained therein (a copy of which is annexed as <u>Exhibit A</u>); and

WHEREAS, on July 16, 2010, Orly Genger filed an Order to Show Cause to Supplement Surrogate Webber's prior Order; and

WHEREAS, on July 28, 2010, Dahlia filed an Answer and Orly filed a Reply Affidavit.

IT IS HEREBY STIPULATED AND AGREED by and between Parties and their counsel:

Index No. 0017/2008

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER,
as a person interested, for the removal of DALIA GENGER as
Trustee of the ORLY GENGER 1993 Trust Pursuant to
SCPA § 711 (11)

# STIPULATION WITHDRAWING ORDER TO SHOW CAUSE
## SIGNED JULY 16, 2010

## COZEN O'CONNOR

*Office and Post Office Address, Telephone*
**277 PARK AVENUE, 20th FLOOR
NEW YORK, N.Y. 10172
(212) 883-4900**

Signature (Rule 130-1.1-a)

---

Service of a copy of the within   is hereby admitted,

Dated,

            Attorney(s) for

---

Please take notice
☐ **Notice of Entry**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **Notice of Settlement**
that an order      of which the within is a true copy will be presented for
settlement to the **HON.**      one of the judges
of the within named court, at
on      at

Dated,

            Yours, etc.
            **COZEN O'CONNOR**

To

          *Office and Post Office Address*
         **277 PARK AVENUE, 20th FLOOR
NEW YORK, N.Y. 10172**

1. Upon signing this Stipulation, the Parties will sign and file a Stipulation withdrawing the Order to Show Cause filed July 16, 2010 and the Answer and Reply Affidavit in New York County Surrogate's Court.

2. In addition to the stipulated restraints in <u>Exhibit A</u>, Orly and Dalia and their respective Counsel agree during the pendency of this proceeding, Dalia and/or her Counsel are required to give notice by overnight mail to Petitioner's Counsel of any attempt to vote any TRI shares held by the Orly Trust for any purpose, including, without limitation, in any election of TRI's directors, with such notice being given at least ten (10) days prior to such attempt being made.

IN WITNESS WHEREOF, the Parties have signed and acknowledged this Stipulation on the day and year written above.

_____  
Orly Genger

_____  
Dalia Genger

By: _____  
Judith E. Siegel-Baum  
Cozen O'Connor  
Attorneys for Orly Genger  
277 Park Avenue  
New York, New York 10172  
(212) 883-4900

By: _____  
Robert A. Meister  
Pedowitz & Meister LLP  
Attorneys for Dalia Genger  
1501 Broadway  
New York, New York 10036  
(212) 403-7330

-2-



At the Surrogate's Court held in and for the County of New York, at the Courthouse, 31 Chambers Street, New York, New York on the 18 day of August 2009

PRESENT: HON. Troy K. Webber
                    Surrogate

In the Matter of the Application of

ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA §711 (11)

File No.: 0017/2008

SUPPLEMENTAL ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

On reading and filing the annexed Verified Petition of Petitioner, ORLY GENGER, and the exhibits, verified on the 22nd day of June, 2009, and the memorandum of law in support of Petitioner's Verified Petition dated June 22, 2009,

LET the Respondent, DALIA GENGER, the sole fiduciary of the Orly Genger 1993 Trust, show cause before Surrogate Troy K. Webber at the Surrogate's Court, ~~sitting at 60 Centre~~ at Chambers ~~Street~~, 509 ~~Street, Room 300~~, New York, New York, on the 8th day of September 2009 at 10:00 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard why an order should not be entered:

(a) Enjoining and restraining Respondent, her agents and all other persons acting on her behalf from withdrawing, selling disposing, transferring, assigning, removing, pledging, redeeming, mortgaging, encumbering, liening, hypothecating or secreting the Orly Trust's 19.43% interest in Trans-Resources, Inc., ("TRI"), a closely held corporation, founded by

Arie Genger, Petitioner's father and Respondent's former husband of Respondent and any other assets which may be remaining in the Orly Trust;

(b) Removing Respondent as Trustee of the Orly Trust for breaching her fiduciary duties, wasting and dissipating the assets of the Orly Trust and imprudently managing and injuring the property committed to her charge;

(c) Surcharging Respondent in the amount of the loss of the value of Orly's interest in TPR as determined by the Court and awarding Petitioner costs and attorneys' fees;

(d) Appointing Michael D. Grohman, Esq. as successor trustee;

(e) Waiving any requirement that Petitioner post an undertaking; and

(f) Granting Petitioner such further relief deemed necessary or proper. *and/or her counsel*

ORDERED that, during the pendency of this proceeding, Respondent, ~~her agents and all~~ *are required to give notice by overnight mail to Petitioner's Counsel of any 1) offer to purchase the Orly Trust's 19.3% interest in TPR w/in 10 days of receiving such offer and 2) act by Respondent, her agents and all other persons acting on her behalf to assign, mortgage, pledge, redeem, encumber, or otherwise dispose of the Orly Trust's interest in TPR at least 10 days prior to such act* and it is further

ORDERED that service of a copy of this Order and the papers upon which it is based shall be served on David Parnes, in his capacity as Trustee of the Sagi Genger 1993 Trust, by overnight mail service at his residence, located at 29 Elkachi Street, Tel Aviv, Israel 69497, *on or before August 21, 2009 and on* ~~Dalia~~ *Pedowitz & Meister, LLP, attorneys* ~~any other address at which she can be located, on or before August __, 2009.~~ *for Dalia Genger, as trustee of the Orly Genger 1993 Trust by personal delivery or overnight mail on or before August 21, 2009.*

/s/ TK
Surrogate

NYO_XFER\1373998\1 252931.000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X

In the Matter of the Application of ORLY
GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
ORLY GENGER 1993 Trust Pursuant to
SCPA § 711 (11)

**AFFIDAVIT OF SERVICE**

**FILE NO.: 0017/2008**

------------------------------------X

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JOY GONZALES, being duly sworn, deposes and says:

I am over 18 years old, am not a party to this action and reside in Bergen County, New Jersey.

On the 23rd day of September, 2010, I served a copy of the within **STIPULATION WITHDRAWING ORDER TO SHOW CAUSE SIGNED JULY 16, 2010** upon:

> Robert A. Meister, Esq.
> Pedowitz & Meister LLP
> *Attorneys for Dalia Genger, Trustee*
> 1501 Broadway
> New York, NY 10036

by Federal Express, an overnight delivery service regularly employed by this firm and with which this firm maintains an account.

_____
JOY GONZALES

Sworn to before me this
23 day of September, 2010

_____
Notary Public

ANN MEADE
Notary Public, State of New York
No. 01ME4783921
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 30, 2008/13

NYC_MIDTOWN\1596899\1 252931.000

Index No. 0017/2008

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER,
as a person interested, for the removal of DALIA GENGER as
Trustee of the ORLY GENGER 1993 Trust Pursuant to
SCPA § 711 (11)

## STIPULATION WITHDRAWING ORDER TO SHOW CAUSE
## SIGNED JULY 16, 2010

### COZEN O'CONNOR

*Office and Post Office Address, Telephone*
**277 PARK AVENUE, 20th FLOOR**
**NEW YORK, N.Y. 10172**
**(212) 883-4900**

Signature (Rule 130-1.1-a)

---

Service of a copy of the within                                                                                          is hereby admitted,

Dated,

Attorney(s) for

Please take notice
☐ **Notice of Entry**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **Notice of Settlement**
that an order                                           of which the within is a true copy will be presented for
settlement to the HON.                                 one of the judges
of the within named court, at
on                          at

Dated,

Yours, etc.
**COZEN O'CONNOR**

*Office and Post Office Address*
**277 PARK AVENUE, 20th FLOOR**
**NEW YORK, N.Y. 10172**

To