SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------- X

In the Matter of the Application of ORLY
GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the **REPLY AFFIDAVIT**
ORLY GENGER 1993 Trust Pursuant to
SCPA § 711 (11) **FILE NO.: 0017/2008**

---------------------------------- X

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

JUDITH E. SIEGEL-BAUM being duly sworn, deposes and says:

1. I am a partner in the law firm of Cozen O' Connor, counsel for Petitioner, Orly Genger and am familiar with all of the facts recited herein.. I submit this Affidavit in response to Respondent's counsel's request for 45 days from date of service of Notice of Entry of the Court's Order to serve answering papers or respond to the pending motion for leave to file a Second Amended Petition.

2. Considering that the Second Amended Petition is at least 90% the same as the prior Petition, the request for an additional 45 days seems onerous. Respondent's counsel whether filing an answer or motion to dismiss basically has papers drafted. I am willing to consent to an additional 10 days, i.e., 30 days for responsive papers to be served from the date of the Notice of Entry of the Order, which is 10 days more than provided by statute.

WHEREFORE, it is respectfully requested that the Court grant Petitioner's Motion for Leave to File a Second Amended Petition and that Respondent not be granted 45 days to serve his answer or responsive papers after Notice of Entry of the Order on the pending Motion, and for such other relief as the Court deems proper.

                                             _____
                                             Judith E. Siegel-Baum
                                             *Attorneys for Petitioner*
                                             277 Park Avenue
                                             New York, New York 10172
                                             (212) 883-4902

Sworn to before me this
30th day of September, 2010.

_____
         Notary Public

ANN MEADE
Notary Public, State of New York
No. 01ME4783921
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 30, 2003/13

2

File No. 0017                    Year    2008

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11)

## REPLY AFFIDAVIT

**COZEN O'CONNOR**
*Attorneys for Petitioner*

*Office and Post Office Address, Telephone*
**277 Park Avenue**
**NEW YORK, N.Y. 10172**
**(212) 883-4900**

Signature (Rule 130-1.1-a)

Service of a copy of the within                                             is hereby admitted,

Dated,

                                                                        Attorney(s) for

Please take notice
☐ **Notice of Entry**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **Notice of Settlement**
that an order                                    of which the within is a true copy will be presented for
settlement to the **HON.**                       one of the judges
of the within named court, at
on                        at

Dated,

                                                                        Yours, etc.
                                                                        **COZEN O'CONNOR**
                                                                        *Attorneys for Petitioner*

To
                                                                        *Office and Post Office Address*
                                                                        **277 Park Avenue**
                                                                        **NEW YORK, N.Y. 10172**

*[handwritten: Oct 1, 2010]*

NYC_MIDTOWN\1598090\1 252931.000