SURROGATE'S COURT : NEW YORK COUNTY
------------------------------------------- X
In the Matter of the Application of
ORLY GENGER, as a Person Interested,
for the Removal of DALIA GENGER          File No. 17/2008
as Trustee of the ORLY GENGER 1993
Trust pursuant to SCPA § 711(11)
------------------------------------------- X

A N D E R S O N,   S.

   At the call of the calendar, the uncontested motion of Orly

Genger to amend her petition seeking the removal of the trustee

of the Orly Genger 1993 Trust was granted.  The petition is

amended in accordance with the proposed amended petition annexed

to the motion papers.

   This decision constitutes the order of the court.

                                    _Nora S. Anderson_
                                    S U R R O G A T E

Dated: October 12, 2010