SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of
ORLY GENGER, as a person interested,
for the removal of DALIA GENGER
as Trustee of the Orly Genger 1993 Trust
pursuant to SCPA §711 (11)



**AMENDED STIPULATION**

File No.: 0017/2008

**IT IS HEREBY STIPULATED AND AGREED**, by and between Petitioner,

ORLY GENGER, and Respondent, DALIA GENGER, by their respective counsel:

      1.     On September 8, 2010 a Stipulation was signed by Petitioner's and

Respondent's counsel which was filed in this Court on September 23, 2010.

      2.     This Amended Stipulation will supersede the September 8, 2010

Stipulation.

      3.     A Stipulation was signed by Petitioner and Respondent and their

respective counsel which is annexed as Exhibit A (and not so-ordered by this Court).

      4.     Petitioner withdraws the Motion to Supplement the Court's July 1, 2010

confirmed August 18, 2010 Order returnable on July 28, 2010 before Surrogate Nora S.

Anderson and Respondent withdraws the response.

      5.     The Parties' counsel further stipulate and agree that Petitioner will move

this Court for leave to file a Second Amended Petition in a motion returnable before Surrogate

Anderson on October 1, 2010 and Respondent will not object to Petitioner's request to amend.

By: _____
     Judith E. Siegel-Baum
Cozen O'Connor
Attorneys for Orly Genger
277 Park Avenue
New York, New York 10172
(212) 883-4900

By: _____
     Robert A. Meister
Pedowitz & Meister LLP
Attorneys for Dalia Genger
1501 Broadway
New York, New York 10036
(212) 403-7330

Dated:                              Dated:

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of
ORLY GENGER, as a person interested,
for the removal of DALIA GENGER
as Trustee of the Orly Genger 1993 Trust
pursuant to SCPA §711 (11)

**STIPULATION**

File No.: 0017/2008

Stipulation made and entered into on A~~ugust~~ _Sept_ , 2010 between ORLY

GENGER, Petitioner, and DALIA GENGER, Respondent, collectively referred to as (the

"Parties") and their respective Counsel:

WHEREAS, ORLY GENGER commenced the above-captioned proceeding by

filing an Order to Show Cause in New York County Surrogate's Court on June 22, 2009; and

WHEREAS, by Stipulation of the Parties and their respective counsel, Surrogate

Troy K. Webber signed an Order to Show Cause dated July 1, 2009 confirmed on August 18,

2009 with certain restraints contained therein (a copy of which is annexed as Exhibit A); and

WHEREAS, on July 16, 2010, Orly Genger filed ~~an Order to Show Cause~~ _A MOTION_ to

Supplement Surrogate Webber's prior Order; and

WHEREAS, on July 28, 2010, Dahlia filed ~~an Answer and Orly filed a Reply~~ _a RESPONSE to the Motion._

~~Affid~~avit.

IT IS HEREBY STIPULATED AND AGREED by and between Parties and their

counsel:

*an Amended*

1.    ~~Upon signing this Stipulation,~~ the Parties will sign and file a Stipulation *in which Petitioner withdraws her Motion to Supplement* ~~withdrawing the Order to Show Cause filed July 16, 2010 and the Answer and Reply Affidavit in~~ *the Court's July 1, 2009. Confirmed August 18, 2009 Order* ~~New York County Surrogate's Court.~~ *Returnable on July 25, 2010 before Surrogate Nora S. Anderson*

2.    In addition to the stipulated restraints in <u>Exhibit A</u>, Orly and Dalia and *and respondent*

their respective Counsel agree during the pendency of this proceeding, Dalia and/or her Counsel *withdraws her Response*

are required to give notice by overnight mail to Petitioner's Counsel of any attempt to vote any

TRI shares held by the Orly Trust for any purpose, including, without limitation, in any election

of TRI's directors, with such notice being given at least ten (10) days prior to such attempt being

made.


IN WITNESS WHEREOF, the Parties have signed and acknowledged this

Stipulation on the day and year written above.


Orly Genger

By: _____
Judith E. Siegel-Baum
Cozen O'Connor
Attorneys for Orly Genger
277 Park Avenue
New York, New York 10172
(212) 883-4900

Dalia Genger

By: _____
Robert A. Meister
Pedowitz & Meister LLP
Attorneys for Dalia Genger
1501 Broadway
New York, New York 10036
(212) 403-7330


- 2 -

At the Surrogate's Court held in and for the County of New York, at the Courthouse, 31 Chambers Street, New York, New York on the __1__ day of ~~June~~ 2009
July

New York County Surrogate's Court
: DATA ENTRY DEPT.
Date: July 1, 2009

PRESENT: HON. __Troy K. Webber__
Surrogate

In the Matter of the Application of

ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA §711 (11)

File No.: 0017/2008

**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

On reading and filing the annexed Verified Petition of Petitioner, ORLY GENGER, and

the exhibits, verified on the 22nd day of June, 2009, and the memorandum of law in support of

Petitioner's Verified Petition dated June 22, 2009,

LET the Respondent, DALIA GENGER, the sole fiduciary of the Orly Genger 1993

Trust, show cause before Surrogate __Troy K. Webber__ at the Surrogate's Court, ~~31 Chambers~~ ⌐Sitting at 60 Centre

~~Street,~~ ⌐Room 300 New York, New York, on the 5th day of ~~June~~ August 2009 at 10:00 o'clock in the forenoon of that

day or as soon thereafter as counsel may be heard why an order should not be entered:

(a)     Enjoining and restraining Respondent, her agents and all other persons

acting on her behalf from withdrawing, selling disposing, transferring, assigning, removing,

pledging, redeeming, mortgaging, encumbering, liening, hypothecating or secreting the Orly

Trust's 19.43% interest in Trans-Resources, Inc., ("TRI"), a closely held corporation, founded by

Arie Genger, Petitioner's father and Respondent's former husband of Respondent and any other

assets which may be remaining in the Orly Trust;

NYO_XFER\1370331\1

At the Surrogate's Court held in and for the County
of New York, at the Courthouse, 31 Chambers
Street, New York, New York on the _18_ day of
August 2009

PRESENT: HON. Troy K. Webber

                Surrogate

---

In the Matter of the Application of

ORLY GENGER, as a person interested,
for the removal of DALIA GENGER
as Trustee of the Orly Genger 1993 Trust
pursuant to SCPA §711 (11)

File No.: 0017/2008

**SUPPLEMENTAL ORDER TO
SHOW CAUSE WITH
TEMPORARY RESTRAINTS**

---

On reading and filing the annexed Verified Petition of Petitioner, ORLY GENGER, and

the exhibits, verified on the 22nd day of June, 2009, and the memorandum of law in support of

Petitioner's Verified Petition dated June 22, 2009,

LET the Respondent, DALIA GENGER, the sole fiduciary of the Orly Genger 1993

Trust, show cause before Surrogate Troy K. Webber at the Surrogate's Court, ~~sitting at 60 Centre~~

_at Chambers_

~~Street~~, Room ~~300~~ _509_, New York, New York, on the _8th_ day of _September_ 2009 at 10:00 o'clock

in the forenoon of that day or as soon thereafter as counsel may be heard why an order should

not be entered:

      (a)     Enjoining and restraining Respondent, her agents and all other persons

acting on her behalf from withdrawing, selling disposing, transferring, assigning, removing,

pledging, redeeming, mortgaging, encumbering, liening, hypothecating or secreting the Orly

Trust's 19.43% interest in Trans-Resources, Inc., ("TRI"), a closely held corporation, founded by

Arie Genger, Petitioner's father and Respondent's former husband of Respondent and any other

assets which may be remaining in the Orly Trust;

(b)    Removing Respondent as Trustee of the Orly Trust for breaching her

fiduciary duties, wasting and dissipating the assets of the Orly Trust and imprudently managing

and injuring the property committed to her charge;

(c)    Surcharging Respondent in the amount of the loss of the value of Orly's

interest in TPR as determined by the Court and awarding Petitioner costs and attorneys' fees;

(d)    Appointing Michael D. Grohman, Esq. as successor trustee;

(e)    Waiving any requirement that Petitioner post an undertaking; and

(f)    Granting Petitioner such further relief deemed necessary or proper. *and/or her counsel*

ORDERED that, during the pendency of this proceeding, Respondent[,] *her counsel* ~~her agents and all~~ *1) offer* *are required to give notice by overnight mail to Petitioners Counsel of atay* ~~other persons acting on her behalf are temporarily restrained from withdrawing, selling~~ *to purchase the Orly Trust's 19.3% in TPR in 10 days of receiving* ~~disposing, transferring, assigning, removing, pledging, redeeming, mortgaging, encumbering,~~ *such offer and 2) act by Respondent, her agents and all other persons* ~~liening, hypothecating or secreting the Orly Trust's 19.43% interest in TPR and other assets~~ *acting on her behalf to assign, mortgage, pledge, redeem encumber & or* ~~remaining in the Orly Trust and it is further~~ *otherwise dispose of such interest in TPR at least 10 days prior to such act* *and it is further*

ORDERED that service of a copy of this Order and the papers upon which it is based

shall be served on David Parnes, in his capacity as Trustee of the Sagi Genger 1993 Trust, by

overnight mail service at his residence, located at 29 Elkachi Street, Tel Aviv, Israel 69497, ~~or~~ *or before* *August 21, 2009* *and on* ~~Dalia~~ *Pedowitz a Meister, LLP, attorneys* ~~any other address at which she can be located, on or before August ___, 2009.~~ *for Dalia Genger, as trustee of the Orly Genger 1993 Trust by personal delivery or overnight m* ~~ENTER~~ *on or before August 21, 2009.*

_TK_

~~Surrogate~~ Surrogate

File No  0017                    Year    2008

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER, as a person
interested, for the removal of DALIA GENGER as Trustee of the
ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11)

## AMENDED STIPULATION

### COZEN O'CONNOR
*Attorneys for Petitioner*

*Office and Post Office Address, Telephone*
**277 Park Avenue**
**NEW YORK, N.Y. 10172**
**(212) 883-4900**

Signature (Rule 130-1.1-a)

Service of a copy of the within                                      is hereby admitted,

Dated,

Attorney(s) for

Please take notice
☐ **Notice of Entry**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **Notice of Settlement**
that an order                                of which the within is a true copy will be presented for
settlement to the **HON.**                          one of the judges
of the within named court, at
on                           at

Dated,

Yours, etc.
**COZEN O'CONNOR**
*Attorneys for Petitioner*

*Office and Post Office Address*
**277 Park Avenue**
**NEW YORK, N.Y. 10172**

To