SURROGATE'S COURT : NEW YORK COUNTY
---------------------------------------- X
In the Matter of the Application of
ORLY GENGER, as a Person Interested,
for the Removal of DALIA GENGER
as Trustee of the ORLY GENGER 1993
Trust pursuant to SCPA § 711(11)
---------------------------------------- X

New York County Surrogate's Court
DATA ENTRY
Date: October 21, 2010

File No. 17/2008

ANDERSON, S.

After conference with the court, this motion seeking modification of the court's July 1, 2009 order has been withdrawn pursuant to a stipulation filed with the court.

Proceed accordingly.

/s/ Nora Anderson
SURROGATE

Dated: October 21, 2010