STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of the Application of

ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)
- - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION
ADJOURNING MOTION
TO DISMISS

File No. 0017/2008

IT IS HEREBY STIPULATED, by and between the undersigned cousel for all partied who have appeared in this proceeding, that Respondent Dalia Genger's Motion to Dismiss the Second Amended Petition of beneficiary Orly Genger, now returnable November 23, 2010, be and the same hereby is adjourned to 10:00 a.m. on December 21, 2010. ("Orly Aff.").

Cozen O'Connor
By _____
Judith E. Siegel-Baum, Esq.
Attorneys for Petitioner
277 Park Avenue
New York, New York 10172
212.883.4902

Pedowitz & Meister LLP
By _____
Robert A. Meister, Esq.
Attorneys for respondent Dalia Genger
1501 Broadway
New York, NY 10036
212.403.7330