SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------- X

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11)

**NOTICE OF ENTRY**

**FILE NO.: 0017/2008**

---------------------------------- X

STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

New York County Surrogate's Court
MISCELLANEOUS DEPT.
JAN 10 2011
FILED
Clerk

**PLEASE TAKE NOTICE** that the within is a true copy of the decision constituting the order of the court signed and dated by Surrogate Nora S. Anderson on October 12, 2010, which was duly entered in the Surrogate's Court of New York County on October 12, 2010.

Dated: New York, New York
October 21, 2010

Cozen O'Connor
Attorney for Petitioner
By: Judith E. Siegel-Baum
277 Park Avenue
New York, New York 10172
(212) 883-4900

TO: Robert A. Meister, Esq.
Pedowitz & Meister LLP
*Attorneys for Dalia Genger, Trustee*
1501 Broadway
New York, NY 10036

David Parnes, Esq.
*as Trustee of The Sagi Genger Trust*
29 El Kachi Street
Tel Aviv, ISRAEL 69497

SURROGATE'S COURT : NEW YORK COUNTY
------------------------------------- X
In the Matter of the Application of
ORLY GENGER, as a Person Interested,
for the Removal of DALIA GENGER            File No. 17/2008
as Trustee of the ORLY GENGER 1993
Trust pursuant to SCPA § 711(11)
------------------------------------- X

A N D E R S O N,   S.

At the call of the calendar, the uncontested motion of Orly Genger to amend her petition seeking the removal of the trustee of the Orly Genger 1993 Trust was granted. The petition is amended in accordance with the proposed amended petition annexed to the motion papers.

This decision constitutes the order of the court.

*[signature]*
S U R R O G A T E

Dated: October 12, 2010

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------- X

| | |
|---|---|
| In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11) | **AFFIDAVIT OF SERVICE**<br><br>FILE NO.: 0017/2008 |

---------------------------------- X

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
                              ) ss.:
COUNTY OF NEW YORK )

    JOY GONZALES, being duly sworn, deposes and says:

    I am over 18 years old, am not a party to this action and reside in Bergen County, New Jersey.

    On the 21st day of October, 2010, I served a copy of the within **NOTICE OF ENTRY** upon:

> Robert A. Meister, Esq.
> Pedowitz & Meister LLP
> *Attorneys for Dalia Genger, Trustee*
> 1501 Broadway
> New York, NY 10036
>
> David Parnes, Esq.
> *as Trustee of The Sagi Genger Trust*
> 29 El Kachi Street
> Tel Aviv, ISRAEL 69497

by Federal Express, an overnight delivery service regularly employed by this firm and with which this firm maintains an account.

_____
JOY GONZALES

Sworn to before me this
21st day of October, 2010

_____
Notary Public

SUZANN P. LANGAN
Notary Public, State of New York
No. 01LA5051937
Qualified in Queens County
Commission Expires November 13, 20_13_

NYC_MIDTOWN\1601387\1 252931.000