STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-----------------------------------------------------------------X

In the Matter of the Application of ORLY GENGER, : File No: 0017/2008
as a person interested, for the removal of :
DALIA GENGER as Trustee of the Orly Genger 1993 : **NOTICE OF CHANGE**
Trust pursuant to SCPA § 711(11) : **OF ADDRESS**
 :
-----------------------------------------------------------------X

To: Cozen O'Connor
250 Park Avenue
New York, NY 10017
Attn: Gail Goldfarb

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, NY 10018
Attn: Ralph Hochberg

Clerk of Court
Surrogate's Court, Miscellaneous Department
31 Chambers Street
New York, NY 10007

PLEASE TAKE NOTICE that PEDOWITZ & MEISTER LLP, Counsel to Respondent, Dalia Genger, in the above-captioned matter is relocating. Effective as of August 16, 2012, all future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address and telephone number:

> Pedowitz & Meister LLP
> 570 Lexington Avenue, 18th Floor
> New York, NY 10022
> (212) 403-7333

*[Stamp: New York County Surrogate's Court MISCELLANEOUS DEPT. AUG 28 2012 FILED Clerk]*

Counsels' direct telephone numbers, fax number and email addresses remain unchanged.

DATED: August 23, 2012                    Respectfully submitted,

                                          PEDOWITZ & MEISTER LLP

                                          By: _____
                                          Robert A. Meister, Esq.
                                          Pedowitz & Meister LLP
                                          570 Lexington Avenue, 18th Floor
                                          New York, NY 10022
                                          (212) 403-7330
                                          robert.meister@pedowitzmeister.com