| | |
|---|---|
| SURROGATE'S COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK | File No. 0017/2008 |

-----------------------------------------------------------------------X

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11)

NOTICE OF SUBSTITUTION OF ATTORNEYS

-----------------------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE that effective as of the date hereof Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP is substituted in the place and stead of Cozen O'Connor as attorneys for Petitioner Orly Genger in the above captioned proceeding.

Effective as of the date hereof, demand is made that copies of all papers in the above captioned action be served upon the undersigned.

Dated: New York, New York
        August 22, 2012

> New York County Surrogate's Court
> MISCELLANEOUS DEPT.
> SEP 1 0 2012
> RECEIVED

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP.
Attorneys for Petitioner Orly Genger

By: _____
     Ralph R. Hochberg
1065 Avenue of the Americas
New York, NY 10018

To:     Pedowitz & Meister, LLP.
         Attorneys for Respondent Dalia Genger
         570 Lexington Avenue
         New York, NY 10022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                             )ss:.
COUNTY OF NEW YORK)

    MICHELLE BROWN, being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at Bronx, New York.

    That on August 22, 2012, deponent served a copy of the within **NOTICE OF SUBSTITUTION OF ATTORNEYS** upon:

Pedowitz & Meister, LLP.
Attorneys for Respondent Dalia Genger
570 Lexington Avenue
New York, NY 10022

the addresses designated by said individuals or entities for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
**MICHELLE BROWN**

Sworn to before me this
22nd day of August, 2012

_____
   NOTARY PUBLIC

ANDREW S. MULLER
Notary Public, State of New York
No. 02-MU024147
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires February 28, 20_14_

PLATZER, SWERGOLD, KARLIN, LEVINE,

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

Index No. 0017                   Year 20 2008

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711 (11)

## NOTICE OF SUBSTITUTION OF ATTORNEYS

**PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP**

*Attorneys for*

1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NEW YORK 10018
TEL: (212) 593-3000
FAX: (212) 593-0353

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: .................................          Signature .................................

                                                 Print Signer's Name .................................

*Service of a copy of the within*                                                *is hereby admitted.*

Dated:

                                    Attorney(s) for

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY    that the within is a (certified) true copy of a
                     entered in the office of the clerk of the within-named Court on            20

☐ NOTICE OF SETTLEMENT    that an Order of which the within is a true copy will be presented for settlement to the
                          Hon.                         , one of the judges of the within-named Court,
                          at
                          on                  20       , at               M.

Dated:

                                    **PLATZER, SWERGOLD, KARLIN, LEVINE,
                                    GOLDBERG & JASLOW, LLP**
                                    *Attorneys for*

To:                                 1065 AVENUE OF THE AMERICAS, 18TH FLOOR
                                    NEW YORK, NEW YORK 10018

*Attorney(s) for*