**PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP**
Attorneys for Petitioner, Orly Genger
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Telephone: 212-593-3000

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of ORLY
GENGER, as a person interested, for the
removal of DALIA GENGER, as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA § 711(11)

File No. 0017/2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Wendi Leon, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

On October 16, 2012 I served a copy of the **THIRD AMENDED PETITION OF ORLY GENGER FOR REMOVAL OF DALIA GENGER AS TRUSTEE WITH EXHIBITS "A" THROUGH "II"** in a properly addressed envelope, via *Federal Express* Standard Next Day Delivery, and deposited same at an official depository under the exclusive care and custody of Federal Express within the State of New York upon the following:

Robert Meister, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue, 18th Floor
New York, NY  10022

Wendi Leon

Sworn to before me this
16th day of October, 2012

Evan J. Salan
Notary Public, State of New York
No. 02SA6067728
Qualified in New York County
My Commission Expires 2/22/14

g:\skolnick & hochberg\wordproc\genger\aos third amended verified petition.docx