COMPULSORY ACCOUNTING CITATION

File No.
0017/2008 /1A

SURROGATE'S COURT : NEW YORK COUNTY

CITATION

THE PEOPLE OF THE STATE OF NEW YORK,

By the Grace of God Free and Independent

TO   **DALIA GENGER**
~~200 East 65th Street~~
~~Apt. #32W~~
~~New York, NY 10021~~

A petition having been filed by **ORLY GENGER,**

who is domiciled or in the case of a corporation, its principal office, at: 780 Greenwich Street, Apartment #4P, New York, NY

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court for the State of New York, County of New York at 31 Chambers Street, Room _509_ New York, New York on _December 18, 2012_

at _10 : 00_ o'clock in the forenoon of that day

why **DALIA GENGER** should not: (i) file an account of her proceedings and cause same to be judicially settled and upon failure to file her account with petition for judicial settlement on the return date of citation, that the court issue an order requiring her to file an account with respect to the ORLY GENGER 1993 TRUST; and (ii) be surcharged as a result of her breach of her fiduciary duties to the Orly Genger 1993 Trust and to Petitioner as its sole beneficiary including, but not limited to, a surcharge in the amount of any loss of value of the Orly Genger 1993 Trust's assets and all of the Petitioner's reasonable attorneys' fees, costs and expenses.

**[For additional relief pursuant to SCPA §2205 and §2206, check the appropriate box]:**

[X] upon failure to appear on the return date of process without satisfactory excuse therefore, or upon failure to file an account in the time and manner directed by the court, let **DALIA GENGER** show cause why she should not be suspended and why the court should not appoint Joel Isaacson, an eligible person, as temporary fiduciary and to fix a trial date for a hearing on the removal of **DALIA GENGER** whose letters have been suspended and for the appointment of Joel Isaacson, as Successor Fiduciary.

[  ] if the fiduciary's letters are suspended or the fiduciary fails to account in the time and manner directed by the court, why the court should not fix a date for a hearing to take and state the fiduciary's account, in accordance with the proposed accounting attached to the petition, the summary statement of which account has been served herewith.

Dated, Attested and Sealed,

Honorable Nora S. Anderson,
Surrogate

November 20, 2012
(Seal)

_____,
Chief Clerk

Name of Attorney:  Ralph R. Hochberg, Esq., Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Telephone No.: (212) 593-3000

Address of Attorney: 1065 Avenue of the Americas, New York, NY  10018

[Note: This citation is served upon you as required by law.  You are not required to appear.  If you fail to appear it will be assumed you do not object to the relief requested.  You have a right to have an attorney appear for you, and you or your attorney may request a copy of the full account from the petitioner or petitioner's attorney.]

PROOF OF SERVICE MUST BE FILED TWO DAYS PRIOR TO THE RETURN DATE
Court  Rule 207.7(c)