SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- X
In the Matter of the Application for a Compulsory Accounting
and Related Relief by ORLY GENGER, as a person interested
in the ORLY GENGER 1993 TRUST,

                      Petitioner,

      against

DALIA GENGER,

                      Respondent.

-------------------------------------------------------------- X

File No. 0017/2008-A

**NOTICE OF APPEARANCE
AND ADMISSION OF SERVICE**

PLEASE TAKE NOTICE that DALIA GENGER hereby appears in this proceeding, admits due and timely service, and has retained Pedowitz & Meister LLP as her attorneys and demands that all pleadings, briefs and other documents be served on them at the address below stated.

                      PEDOWITZ & MEISTER LLP

                      By _____
                      Robert A. Meister, Esq.
                      570 Lexington Avenue
                      New York, New York 10022
                      (212) 403-7333

                      Attorneys for Respondent Dalia Genger

TO:
CLERK OF THE COURT
31 Chambers Street
New York, New York 10010

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
1065 Avenue of the Americas – 18th Floor
New York, NY 10018
Attorneys for Orly Genger



New York County Surrogate's Court
MISCELLANEOUS DEPT.
DEC 0 5 2012
FILED
Clerk _____

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Application for a Compulsory Accounting
and Related Relief by ORLY GENGER, as a person interested
in the ORLY GENGER 1993 TRUST,

                        Index #: 0017/2008-A

                        Petitioner,

     -against-

DALIA GENGER,                    **AFFIDAVIT OF SERVICE**

                        Respondent.
-----------------------------------------------------------------X

State of New York   )
                         ) ss:
County of New York )

      David Bartky, being sworn, deposes and says:

      I am over the age of 18, and reside at 570 Lexington Avenue, 18th Floor, New York, New York 10022.

      On the 5th day of December, 2012, deponent served the attached NOTICE OF APPEARANCE AND ADMISSION OF SERVICE via pre-paid, First Class, U.S. mail to:

                Platzer, Swergold, Karlin, et al
                1065 Avenue of the Americas, 18th Fl.
                New York, NY 10018

                                                     David Bartky

Subscribed and Sworn to
before me this 5th day
of December, 2012

_____
Notary Public
ROBERT A. MEISTER
Notary Public, State of New York
No. 31-02ME2653350
Qualified in New York County
Commission Expires March 30, 2011