STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Application for a Compulsory Accounting and
Related Relief by ORLY GENGER, as a person
interested in the ORLY GENGER 1993 TRUST,

File No. 0017/2008-A

Petitioner,

-against-

DALIA GENGER,

Respondent.

-----------------------------------------------------------------X

New York County Surrogate's Court
MISCELLANEOUS DEPT.
DEC 0 5 2012
FILED
Clerk

### STIPULATION ADJOURNING RETURN DATE OF CITATION OF PETITION FOR A COMPULSORY ACCOUNTING AND RELATED RELIEF UNDER SCPA § 2205

**WHEREAS,** the Petition for a Compulsory Accounting and Related Relief under SCPA § 2205 (the "Petition") in the above-captioned matter was filed by the petitioner, Orly Genger (the "Petitioner") with the Court on November 7, 2012; and,

**WHEREAS,** the Citation was issued by the Court with respect to the Petition on November 20, 2012 (the "Citation"); and,

**WHEREAS,** the Citation having directed the Respondent to appear before the Court on December 18, 2012 at 10:00 a.m. (the "Citation Return Date") to show cause why the relief in the Petition should not be granted; and,

**WHEREAS,** the Respondent's counsel having requested that Petitioner's counsel consent to his request for an adjournment of the Citation Return Date on the grounds that Respondent's counsel is engaged in a trial during the week of the Citation Return Date; and,

**WHEREAS,** the Petitioner having consented to the adjournment;

IT IS HEREBY STIPULATED, AGREED AND CONSENTED to by the undersigned on behalf of the respective parties as follows:

1. The Citation Return Date is hereby adjourned on consent to January 15, 2013 at 10:00 a.m.

2. This Stipulation may be executed in two counterparts and by facsimile or E-Mail scanned signature, each of which shall be deemed an original, together which shall for all purposes constitute one Stipulation binding upon each of the parties hereto

Dated: December 4, 2012
New York, NY

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
Attorneys for Petitioner, Orly Genger

By: _____
Ralph R. Hochberg, Esq.
Mitchell L. Kaplan, Esq.
1065 Avenue of the Americas - 18th Floor
New York, New York 10018
Tel (212) 593-3000

Dated: December 5, 2012
New York, NY

PEDOWITZ & MEISTER, LLP
Attorneys for Respondent, Orly Genger

By: _____
Robert Meister, Esq.
570 Lexington Avenue, 18th Floor
New York, NY 10022-6837
(Tel) (212) 403-7333