SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of ORLY GENGER,
as a person interested, for the removal of DALIA
GENGER, as Trustee of the ORLY GENGER 1993
TRUST pursuant to SCPA § 711(11)

File No. 0017/2008

AFFIDAVIT OF SERVICE
BY FEDERAL EXPRESS

---

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

> New York County Surrogate's Court
> MISCELLANEOUS DEPT.
> FEB 1 4 2013
> FILED
> Clerk

    Kishah Robinson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Kings County, New York.

    That on February 1, 2013, deponent served a copy of the **THIRD AMENDED VERIFIED PETITION OF ORLY GENGER TO REMOVE DALIA GENGER AS TRUSTEE**, upon:

> David Parnes, Esq.
> as Trustee of the Sagi Genger Trust
> 29 Elkachi Street
> Tel Aviv, Israel 69497

to the address designated by said individual or entity for that purpose, by mailing a true copy of same via Federal Express Overnight International Mail.

                                                       Kishah Robinson

Sworn to before me this
13th day of February, 2013

_____
Notary Public

ANNA E. WIERZBICKA-TURNER
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02WI6248463
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES SEPT. 19, 2015

g:\skolnick & hochberg\wordproc\genger\aos_fedex2.doc

Index No.     **0017**          Year 20  **08**

# SURROGATE'S COURT OF THE STATE OF NEW YORK
# COUNTY OF NEW YORK

**In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the ORLY GENGER 1993 Trust Pursuant to SCPA § 711(11)**

## AFFIDAVIT OF SERVICE OF
## THIRD AMENDED PETITION UPON DAVID PARNES

**PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP**

*Attorneys for*   **Petitioner ORLY GENGER**

1065 AVENUE OF THE AMERICAS, 18th FLOOR
NEW YORK, NEW YORK 10018
TEL: (212) 593-3000
FAX: (212) 593-0353

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ..................................   Signature .............................................................................................

Print Signer's Name ............................................................................

*Service of a copy of the within* ............................................................................ *is hereby admitted.*

*Dated:*

Attorney(s) for ............................................................................

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
*that the within is a (certified) true copy of a* ............................................................................
*entered in the office of the clerk of the within-named Court on* ............................................................................ 20

☐ **NOTICE OF SETTLEMENT**
*that an Order of which the within is a true copy will be presented for settlement to the Hon.* ............................................................................ *, one of the judges of the within-named Court, at* ............................................................................
*on* ............................................................................ 20 ............................................................................ *, at* ............................................................................ M.

*Dated:*

**PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP**
*Attorneys for*
1065 AVENUE OF THE AMERICAS, 18th FLOOR
NEW YORK, NEW YORK 10018

*To:*

*Attorney(s) for*