SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER, as Trustee of the ORLY GENGER 1993 TRUST pursuant to SCPA § 711(11)

File No. 0017/2008

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

New York County Surrogate's Court
MISCELLANEOUS DEPT.
FEB 2 5 2013
FILED
Clerk

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

WENDI LEON, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Queens County, New York.

That on February 20, 2013, deponent served copies of the within **(i) ORDER TO SHOW CAUSE AND AFFIDAVIT OF ORLY GENGER IN SUPPORT OF MOTION SEEKING TEMPORARY RESTRAINING ORDER AND OTHER INJUNCTIVE RELIEF AND EXHIBITS ANNEXED THERETO; (ii) AFFIRMATION OF RALPH R. HOCHBERG IN SUPPORT OF ORDER TO SHOW CAUSE AND MOTION PURSUANT TO 22 NYCRR § 202.7(f) AND EXHIBITS ANNEXED THERETO; AND, (iii) PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE AND MOTION**, upon:

**Federal Express Overnight Delivery**
Robert A. Meister, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue, 18th Floor
New York, New York 10022

**Federal Express International Delivery**
David Parnes, Esq.
as Trustee of the Sagi Genger Trust
29 Elkachi Street
Tel Aviv, Israel 69497

at the address(es) designated by said individual(s) and/or entity(ies) by depositing a true copy of same enclosed in a properly addressed envelope, for overnight delivery, under the exclusive care and custody of Federal Express within the State of New York.

Wendi Leon

Sworn to before me this
21st day of February, 2013

Notary Public

TERESA SADUTTO CARLEY
NOTARY PUBLIC, STATE OF NY
REG. # 02SA6204737
NY COUNTY, EXP. 4-20-2013

c:\documents and settings\wendil\local settings\temporary internet files\content.outlook\czvp09j2\aos(order to show cause papers).doc