SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of ORLY GENGER,
as a person interested, for the removal of DALIA
GENGER, as Trustee of the ORLY GENGER 1993
TRUST pursuant to SCPA § 711(11)

File No. 0017/2008

AFFIDAVIT OF SERVICE
BY FEDERAL EXPRESS

*New York County Surrogate's Court*
*MISCELLANEOUS DEPT*
*FEB 2 7 2013*
*FILED*
*Clerk*

---

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

MITCHELL KAPLAN, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in New York County, New York.

That on February 26, 2013, deponent served copies of the within **(i) ATTORNEY'S STATEMENT IN OPPOSITION TO RESPONDENT DALIA GENGER'S MOTION TO DISMISS PETITIONER'S THIRD AMENDED PETITION TO REMOVE RESPONDENT AS TRUSTEE and EXHIBITS "JJ" through "PP"; (ii) APPENDIX EXHIBITS TO ATTORNEY'S STATEMENT IN OPPOSITION TO RESPONDENT, DALIA GENGER'S MOTION TO DISMISS PETITIONER'S THIRD AMENDED PETITION TO REMOVE RESPONDENT AS TRUSTEE; and, (iii) PETITIONER, ORLY GENGER'S MEMORANDUM OF LAW IN OPPOSITION TO RESPONDENT, DALIA GENGER'S MOTION TO DISMISS THE PETITIONER'S THIRD AMENDED PETITION TO REMOVE RESPONDENT AS TRUSTEE**

**Federal Express Overnight Delivery**
Robert A. Meister, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue, 18th Floor
New York, New York 10022

**Federal Express International Delivery**
David Parnes, Esq.
as Trustee of the Sagi Genger Trust
29 Elkachi Street
Tel Aviv, Israel 69497

at the address(es) designated by said individual(s) and/or entity(ies) by depositing a true copy of same enclosed in a properly addressed envelope, for overnight delivery, under the exclusive care and custody of Federal Express within the State of New York.

_____
Mitchell Kaplan

Sworn to before me this
27th day of February, 2013

_____
Notary Public

TERESA SADUTTO CARLEY
NOTARY PUBLIC, STATE OF NY
REG. # 02SA6204737
NY COUNTY, EXP. 4-20-2013

g:\skolnick & hochberg\wordproc\genger\aos(opposition papers to motion to dismiss).doc

PLATZER, SWERGOLD, KARLIN, LEVINE,



ALL-STATE LEGAL®
07181-EF • 07182-BL • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

Index No. **0017**          Year 20**2008**

## SURROGATE'S COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF ORLY GENGER, AS A PERSON INTERESTED, FOR THE REMOVAL OF DALIA GENGER , AS TRUSTEE OF THE ORLY GENGER 1993 TRUST PURSUANT TO SCPA §711(11)**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

*Attorneys for*

**PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**
**ORLY GENGER**

1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NEW YORK 10018
TEL: (212) 593-3000
FAX: (212) 593-0353

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: 2/27/13         Signature: [signature]

Print Signer's Name: Mikeel Kgh

*Service of a copy of the within                                         is hereby admitted.*

Dated:

*Attorney(s) for*

### PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY** — *that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on                                         20*

☐ **NOTICE OF SETTLEMENT** — *that an Order of which the within is a true copy will be presented for settlement to the Hon.                                     , one of the judges of the within-named Court, at                                         on                                 20         , at                         M.*

Dated:

**PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP**

*Attorneys for*

1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NEW YORK 10018

To:

*Attorney(s) for*