New York County Surrogate's Court
MISCELLANEOUS DEPT.
MAR 0 1 2013
FILED
Clerk_____

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Application of
ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)

Index #: 0017/2008

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------------X

State of New York    )
                     ) ss:
County of New York   )

David Bartky, being sworn, deposes and says:

I am over the age of 18, and reside at 570 Lexington Avenue, 18th Floor, New York, New York 10022.

On the 28th day of February, 2013, deponent served the attached AFFIDAVIT OF JEREMY D. ANDERSON; MEMORANDUM IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AGAINST TRUSTEE PROSECUTING ACTION TO DECLARE TRUST'S INTEREST IN TRANS-RESOURCES, INC. SHARES; and AFFIRMATION OF ROBERT A. MEISTER IN OPPOSITION TO ORLY GENGER'S MOTION FOR PRELIMINARY INJUNCTION AGAINST TRUSTEE PROSECUTING ACTION TO DECLARE TRUST'S INTEREST IN TRANS-RESOURCES, INC. SHARES, via UPS overnight courier to:

> Ralph Hochberg
> Platzer, Swergold, Karlin, et al
> 1065 Avenue of the Americas, 18th Fl.
> New York, NY 10018

_____
David Bartky

Subscribed and Sworn to
before me this 28th day
of February, 2013

_____
Notary Public

ROBERT A. MEISTER
Notary Public, State of New York
No. 31-02ME2653350
Qualified in New York County
Commission Expires March 30, 2015