SURROGATE'S COURT : NEW YORK COUNTY
---------------------------------------- X
In the Matter of the Application for
a Compulsory Accounting and Related
Relief by Orly Genger, as a Person           File No. 2008-0017/A
Interested in the ORLY GENGER 1993
Trust established by Arie Genger
---------------------------------------- X

ANDERSON, S.

    At the call of the calendar, this proceeding to compel an accounting by the trustee of the trust established in 1993 by Arie Genger for the benefit of his daughter, Orly Genger, was granted. Dalia Genger is directed to file an account of her proceedings, together with a petition for its judicial settlement, on or before May 6, 2013.

    This decision constitutes the order of the court.

                                                    /s/
                                       SURROGATE

Dated: March 21, 2013

[Stamp: New York County Surrogate's Court DATA ENTRY DEPT. MAR 21 2013]