SURROGATE'S COURT: NEW YORK COUNTY

File No.: 2008-0017

In the Matter of the Application of ORLY
GENGER, as a person interested, for the  removal
of DALIA GENGER, as Trustee of the Orly
Genger 1993 Trust Pursuant to SCPA § 711(11)

New York County Surrogate's Court
MISCELLANEOUS DEPT.

AUG 0 8 2014

FILED

Clerk_____

# AFFIRMATION OF SERVICE

## AFFIRMATION OF SERVICE

STATE OF NEW YORK
COUNTY OF NEW YORK

        BRYAN D. LEINBACH, an attorney admitted to practice law in New York, pursuant to CPLR 2106 and under the penalty of perjury, states the following: That on the 6th day of August, 2014, I caused to be served **SUPPLIMENTAL CITATION TO ASSAF STERNBERG, AS TRUSTEE OF THE SAGI GENGER 1993 TRUST**, and **AFFIRMATION OF BRYAN D. LEINBACH with attached exhibit** upon the party hereinafter named at the place hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York by registered mail, return receipt requested, directed to said party at their last known addresses given below:

Assaf Sternberg
2 Balfur St.
Kiryat Uno
Israel

Dated: August 6, 2014

                                                        BRYAN D. LEINBACH

SUPPLEMENTAL CITATION

SURROGATE'S COURT, NEW YORK COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

File No. 2008-0017/*B*

**TO:   Assaf Sternberg, as Trustee of the Sagi Genger 1993 Trust**


A petition having been duly filed by Orly Genger, domiciled at 780 Greenwich Street, Apt. 4P, New York, New York 10014.

**YOU ARE HEREBY CITED TO SHOW CAUSE** before the Surrogate's Court, New York County, at 31 Chambers Street, New York, New York 10007, Room ___*509*___ on **September** *12,* **2014**, at **10:00** o'clock in the forenoon of that day, why a decree should not be issued (i) removing Dalia Genger as trustee of the Orly Genger 1993 Trust created under agreement dated December 13, 1993; (ii) suspending Dalia Genger as trustee pending determination of her fitness to serve; (iii) appointing Joel Isaacson as successor trustee of the Orly Genger 1993 Trust; and (iv) awarding to Petitioner such other and further relief as the Court deems equitable and proper.

*IN TESTIMONY WHEREOF*, we have cause the seal of the Surrogate's Court of our said County of New York to be hereunto affixed.

Dated, Attested and Sealed, *August 5, 2014*
(L.S.)


HON.   _____*Rita Mella*_____
Surrogate, New York County

_____*Diana Sanabria*_____
Chief Clerk

Attorneys for Petitioner:

**ZEICHNER ELLMAN & KRAUSE LLP**
1211 Avenue of the Americas
New York, NY   10036
(212) 223-0400
     Attn:  Yoav M. Griver, Esq.
          Bryan D. Leinbach, Esq.


**This citation is served upon you as required by law.   You are not obliged to appear in person.   If you fail to appear, it will be assumed that you consent to the proceedings, unless you file written verified objections thereto.   You have a right to have an attorney-at-law appear for you.**

Proof of Service shall be filed with the Clerk of the Court at least two (2) days before the return date (207.7c).

**Registered No.**

RE150547636US

**Date Stamp**

| To Be Completed By Post Office | Reg. Fee $ **$13.65** | | |
| --- | --- | --- | --- |
| | Handling Charge $ **$0.00** | Return Receipt $ **$0.05** | **0056** |
| | Postage $ **$4.16** | Restricted Delivery $ **$0.00** | **05** |
| | Received by | | **08/06/14** |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $ **$0.00**

☐ With Postal Insurance
☐ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Zeichner Ellman + Krause LLP
10020 Avenue of the Americas
New York, NY 100 36
USA

TO
Assaf Sternberg
IL Israel 2 Balfur St.
Kiryat Uno
Israel

PS Form **3806**, June 2002     **Receipt for Registered Mail**     *Copy 1 - Customer (See Information on Reverse*

For delivery information, visit our website at *www.usps.com* ®

SURROGATE'S COURT NEW YORK COUNTY       File No. 0017/2008 *1B*

In the Matter of the Application of ORLY
GENGER, as a person interested, for the
removal of DALIA GENGER, as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA § 711(11)

## AFFIRMATION OF SERVICE

# ZEICHNER ELLMAN & KRAUSE LLP
### 1211 AVENUE OF THE AMERICAS
### NEW YORK, NEW YORK 10036
### TEL: (212) 223-0400
### FAX: (212) 753-0396
### www.zeklaw.com