SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In the Matter of the Application of ORLY            :   File No.: 0017/2008/B
GENGER, as a person interested, for the removal     :
of DALIA GENGER as Trustee of the Orly              :   **NOTICE OF MOTION TO DISMISS**
Genger 1993 Trust pursuant to SCPA § 711(11)        :   **ORDER TO SHOW CAUSE AND**
                                                    :   **THIRD AMENDED PETITION**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the annexed verified affirmation of John Dellaportas, the Third Amended Petition on file (the "Petition"), the Order to Show Cause issued by the Honorable Rita Mella on August 5, 2014 (the "Order to Show Cause"), and all prior proceedings had herein, Asaaf Sternberg, Trustee of the Sagi Genger 1993 Trust ("the Trustee"), by his attorney, Morgan, Lewis & Bockius LLP, will move this Court sitting, at 31 Chambers Street, Room 503, New York, New York, at 10:00 a.m. in the forenoon of October 24, 2014 or as soon as counsel can be heard, for an Order denying the Order to Show Cause and dismissing the Petition on the ground that this Court lacks personal jurisdiction over the Trustee, or, in the alternative, for the reasons set forth in the Motion to Dismiss Third Amended Petition submitted by Dalia Genger and filed on December 5, 2012.

    Pursuant to CPLR 2214(b), any answering papers must be served so as to be received by October 17, 2014, and reply papers must be received by October 23, 2014.

1

Dated: New York, New York  
September 19, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____  
John Dellaportas  
101 Park Avenue  
New York, New York 10178  
(212) 309-6690  
*Attorneys for Asaaf Sternberg, as*  
*Trustee of the Sagi Genger 1993 Trust*

TO:

Robert A. Meister  
Pedowitz & Meister LLP  
570 Lexington Avenue – 18th Floor  
New York, NY 10022  
212.403.7330  
*Attorneys for Dalia Genger,*  
*as Trustee of the Orly Genger 1993 Trust*

Yoav Griver  
Zeichner Elliman & Krause LLP  
1211 Avenue of the Americas, 40th Floor  
New York, New York 10036  
212.223.0400  
*Attorneys for Orly Genger*

-2-