SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x

In the Matter of the Application of ORLY
GENGER, as a person interested, for the removal
of DALIA GENGER as Trustee of the Orly
Genger 1993 Trust pursuant to SCPA § 711(11)

File No.: 0017/2008

----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the undersigned parties hereto that the hearing on Asaaf Sternberg's Motion to Dismiss The Order to Show Cause and Third Amended Petition, currently scheduled for November 7, 2014 be adjourned on consent of all parties to November 18, 2014.

Dated: New York, New York
November 5, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: _____
John Dellaportas
Mary C. Pennisi
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Attorneys for Asaaf Sternberg*

ZEICHNER ELLMAN & KRAUSE LLP

By: _____ /MCP with permission
Yoav M. Griver
Bryan D. Leinbach
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400

*Attorneys for Plaintiff*
*Orly Genger, as beneficiary of the*
*Orly Genger 1993 Trust*

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Mary C. Pennisi**
Associate
212.309.6716
mpennisi@morganlewis.com

November 5, 2014

**VIA HAND DELIVERY AND EMAIL**

Miscellaneous Department
Surrogate's Court
New York County (Manhattan)
31 Chambers Street
New York, NY 10007
misc_general@courts.state.ny.us

Re: In the Matter of the Application of Orly Genger, as a person interested, for the removal of Dalia Genger as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11), Index No. 0017/2008 /B

Dear Clerk of the Miscellaneous Department:

    We represent non-party Asaaf Sternberg in the above-referenced matter. Enclosed please find a jointly executed stipulation, adjourning the hearing date on Asaaf Sternberg's Motion to Dismiss The Order to Show Cause and Third Amended Petition, currently scheduled for November 7, 2014 to November 18, 2014. The parties agreed to this adjournment due to a schedule conflict with an oral argument scheduled by the First Department, Appellate Division on November 7, 2014.

    Thank you very much.

**Morgan Lewis**
COUNSELORS AT LAW

Miscellaneous Department
June 9, 2014
Page 2

Sincerely,

Mary C. Pennisi

MCP
Enclosures
cc: John Dellaportas, Yoav Griver, Esq. (via e-mail)

2