Form OSG

                              At Chambers of the Surrogate's Court of the
County of New York, at the Courthouse
In said county, on the 10th
Day of December

**PRESENT:**

    Hon. NORA S. ANDERSON,

           Surrogate.

---

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

    **ARIE GENGER, as Grantor**

                                                     ORDER APPOINTING
                                                      GUARDIAN AD LITEM

                                                      File no. 2008 -0017

It is Ordered, that STEVEN M. Riker, Esq., (            )
is hereby appointed the guardian ad litem of: UNBORN CHILDREN.

                                                                /s/ NSA
                                                             Surrogate

                                               Notified by phone by ___

                                               Date _12-11-14_

                                               **Date Forms Sent** ___