State of New York
Surrogate's Court, County of New York

New York County Surrogate's Court
MISCELLANEOUS DEPT.
DEC 22 2014
FILED
Clerk

Petition for a Decree Removing Dalio Genger as Trustee of the Trust under Indenture of Trust dated December 13, 1993 made by ARIE GENGER, AS GRANTOR

_____
Deceased

Appearance and
Consent of Guardian ad Litem
in a Miscellaneous Proceeding

File No. 2008-0017

I, Steven Riker, Esq., counsellor at law, hereby appear and consent to be appointed by the Surrogate of the County of New York the guardian ad litem of unborn children for the sole purpose of appearing and for protecting the interests of the aforementioned person(s) under disability in the above-entitled matter.

Dated, New York, New York

Signature of Guardian ad Litem

Address: 110 East 59th Street, 23rd Floor
New York, NY 10022

Phone No: (212) 661-6410

State of New York
County of New York

Steven Riker, Esq., being duly sworn says that (s)he is an attorney and counsellor at law, and that (s)he is the individual who signed the foregoing consent. Deponent further states that (s)he is fully competent to understand and protect the rights of the above named person(s) under a disability, that (s)he has no interest in this proceeding adverse to that of said person(s) under a disability, and that (s)he is not connected in business with any party to this proceeding or with the attorney or counsel of any such party.

Signature of Guardian ad Litem

Sworn to before me this 23rd day of December, 2014

_____
Notary Public

LEONARD SALIS
Notary Public, State of New York
No. 02SA6080759
Qualified in Queens County
Commission Expires September 23, 2018