New York County Surrogate's Court
MISCELLANEOUS DEPT.
JAN 1 6 2015
FILED
Clerk

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

        **ARIE GENGER**, as Grantor.

-----------------------------------------------------------------X

File No. 2008-0017/B

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE, that **STEVEN RIKER, ESQ.** hereby appears in the above-entitled proceeding as Guardian ad Litem of unborn children, and that all notices given or required to be given, and all papers served or required to be served herein, should be served upon the undersigned at the office address stated below.

Dated: New York, New York
       December 26, 2014

                                        Yours, etc.,

                                        Steven Riker, Esq.
                                        Guardian Ad Litem
                                        Law Office of Steven Riker
                                        110 East 59th Street, 23rd Floor
                                        New York, New York 10022
                                        Tel No.: (212) 661-6410

TO:    John Dellaportas, Esq.
        Morgan Lewis & Bockius, LLP
        Attorneys for Asaaf Sternberg
        101 Park Avenue
        New York, New York 10178

        Yoav M. Griver, Esq.
        Zeichner Ellman & Krause, LLP
        Attorneys for Orly Genger
        1211 Avenue of the Americas
        New York, New York 10036

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

      **ARIE GENGER**, as Grantor.

-----------------------------------------------------------------X

File No. 2008-0017/B

**AFFIRMATION OF SERVICE**

    I, STEVEN RIKER, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following subject to the penalties of perjury

    On December 26, 2014, I served the within Notice of Appearance, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the address(es) set forth below:

TO:    John Dellaportas, Esq.
       Morgan Lewis & Bockius, LLP
       Attorneys for Asaaf Sternberg
       101 Park Avenue
       New York, New York 10178

       Yoav M. Griver, Esq.
       Zeichner Ellman & Krause, LLP
       Attorneys for Orly Genger
       1211 Avenue of the Americas
       New York, New York 10036

_____
Steven Riker, Esq.

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FILE NO. 2008-0017/B

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

    ARIE GENGER, as Grantor.

## NOTICE OF APPEARANCE

STEVEN RIKER, ESQ.
Guardian ad Litem
Law Office of Steven Riker
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel No.: (212) 661-6410