New York County Surrogate's Court
MISCELLANEOUS DEPT.
MAR 1 2 2015
FILED
Clerk

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------X   File No. 0017/2008

In the Matter of the Application of ORLY GENGER,     **ADMISSION OF**
as a person interested, for the removal of DALIA     **SERVICE OF**
GENGER, as Trustee of the Orly Genger 1993 Trust     **THE SAGI TRUST**
pursuant to SCPA §711(11)     **MOTION TO DISMISS**

----------------------------------------------------------------X

The undersigned, having been appointed by an Order of the Hon. Nora S. Anderson to serve as the Guardian ad Litem of unborn children of Petitioner Orly Genger, hereby acknowledges service and receipt of the following motion papers in the above-captioned matter.

1. Amended Notice of Motion and Affirmation of John Dellaportas in Support of Motion to Dismiss the Third Amended Petition (dated September 23, 2014);

2. Affirmation of Bryan D. Leinbach in Opposition to the Sagi Trust's Motion to Dismiss the Third Amended Petition (dated October 17, 2014);

3. Memorandum of Law in Opposition to the Sagi Trust's Motion to Dismiss the Third Amended Petition (dated October 17, 2014); and

4. Reply Memorandum of Law in Support of Motion to Dismiss the Third Amended Petition (dated November 6, 2014).

Dated: New York, New York
March 11, 2015

Steven Riker, Esq.
*Guardian Ad Litem*
Law Office of Steven Riker
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel No. (212) 661-6410

TO: John Dellaportas, Esq.
Morgan Lewis & Bockius, LLP
Attorneys for Asaaf Sternberg
101 Park Avenue
New York, New York 10178

Yoav M. Griver, Esq.
Zeichner Ellman & Krause, LLP
Attorneys for Orly Genger
1211 Avenue of the Americas
New York, New York 10036

Robert Meister, Esq.
Pedowitz & Meister, LLP
Attorneys for Dalia Genger
570 Lexington Avenue, 18th Floor
New York, New York 10022

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------X

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

    **ARIE GENGER**, as Grantor.

---------------------------------------------------------------------X

File No. 2008-0017

**AFFIRMATION OF SERVICE**

I, STEVEN RIKER, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following subject to the penalties of perjury

On March 11, 2015, I served the within **ADMISSION OF SERVICE OF THE SAGI TRUST MOTION TO DISMISS** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the address(es) set forth below:

TO:    John Dellaportas, Esq.
        Morgan Lewis & Bockius, LLP
        Attorneys for Asaaf Sternberg
        101 Park Avenue
        New York, New York 10178

        Yoav M. Griver, Esq.
        Zeichner Ellman & Krause, LLP
        Attorneys for Orly Genger
        1211 Avenue of the Americas
        New York, New York 10036

        Robert Meister, Esq.
        Pedowitz & Meister, LLP
        Attorneys for Dalia Genger
        570 Lexington Avenue, 18th Floor
        New York, New York 10022

        _____
        STEVEN RIKER, ESQ.

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FILE NO. 2008-0017

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

    **ARIE GENGER**, as Grantor.

## ADMISSION OF SERVICE
## OF THE SAGI TRUST MOTION TO DISMISS

**STEVEN RIKER, ESQ.**
Guardian ad Litem
Law Office of Steven Riker
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel No.: (212) 661-6410