New York County Surrogate's Court
MISCELLANEOUS DEPT.
MAR 12 2015
FILED
Clerk_____

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------X

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

       **ARIE GENGER**, as Grantor.

------------------------------------------------------------X

File No. 2008-0017

**SUPPLEMENTAL NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that **STEVEN RIKER, ESQ.** hereby appears in the above-entitled proceeding as Guardian ad Litem of unborn children, and that all notices given or required to be given, and all papers served or required to be served herein, should be served upon the undersigned at the office address stated below.

Dated: New York, New York
       March 11, 2015

                                              Yours, etc.,

                                              Steven Riker, Esq.
                                              Guardian Ad Litem
                                              Law Office of Steven Riker
                                              110 East 59th Street, 23rd Floor
                                              New York, New York 10022
                                              Tel No.: (212) 661-6410

TO:    Robert Meister, Esq.
         Pedowitz & Meister, LLP
         Attorneys for Dalia Genger
         570 Lexington Avenue, 18th Floor
         New York, New York 10022

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X  File No. 2008-0017

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

**AFFIRMATION OF SERVICE**

      **ARIE GENGER**, as Grantor.

-----------------------------------------------------------------------X

      I, STEVEN RIKER, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following subject to the penalties of perjury

      On March 11, 2015, I served the within Supplemental Notice of Appearance by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the address(es) set forth below:

TO:    John Dellaportas, Esq.
          Morgan Lewis & Bockius, LLP
          Attorneys for Asaaf Sternberg
          101 Park Avenue
          New York, New York 10178

          Yoav M. Griver, Esq.
          Zeichner Ellman & Krause, LLP
          Attorneys for Orly Genger
          1211 Avenue of the Americas
          New York, New York 10036

          Robert Meister, Esq.
          Pedowitz & Meister, LLP
          Attorneys for Dalia Genger
          570 Lexington Avenue, 18th Floor
          New York, New York 10022

                                                  Steven Riker, Esq.

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FILE NO. 2008-0017

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

   **ARIE GENGER**, as Grantor.

### SUPPLEMENTAL NOTICE OF APPEARANCE

**STEVEN RIKER, ESQ.**
Guardian ad Litem
Law Office of Steven Riker
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel No.: (212) 661-6410