```
                                              New York County Surrogate's Court
                                                   MISCELLANEOUS DEPT.
                                                       MAR 1 2 2015
                                                          FILED
SURROGATE'S COURT OF THE STATE OF NEW YORK         Clerk
COUNTY OF NEW YORK
```

------------------------------------------------------------X    File No. 0017/2008

In the Matter of the Application of ORLY GENGER,     **ADMISSION OF**
as a person interested, for the removal of DALIA     **SERVICE OF**
GENGER, as Trustee of the Orly Genger 1993 Trust     **THE DALIA GENGER**
pursuant to SCPA §711(11)     **MOTION TO DISMISS**

------------------------------------------------------------X

The undersigned, having been appointed by an Order of the Hon. Nora S. Anderson to serve as the Guardian ad Litem of unborn children of Petitioner Orly Genger, hereby acknowledges service and receipt of the following motion papers in the above-captioned matter.

1. Notice of Motion and Affirmation of Robert Meister in Support of Motion to Dismiss the Third Amended Petition (dated November 19, 2012);

2. Affirmation of Ralph R. Hochberg in Opposition to Motion to Dismiss the Third Amended Petition (dated February 26, 2013);

3. Memorandum of Law in Opposition to Motion to Dismiss the Third Amended Petition (dated February 26, 2013); and

4. Supplemental Affirmation of Robert Meister in Support of Motion to Dismiss the Third Amended Petition (dated June 19, 2013).

Dated: New York, New York
       March 11, 2015

                                                    Steven Riker, Esq.
                                                    *Guardian Ad Litem*
                                                    Law Office of Steven Riker
                                                    110 East 59th Street, 23rd Floor
                                                    New York, New York 10022
                                                    Tel No. (212) 661-6410

TO:    John Dellaportas, Esq.
         Morgan Lewis & Bockius, LLP
         Attorneys for Asaaf Sternberg
         101 Park Avenue
         New York, New York 10178

Yoav M. Griver, Esq.
Zeichner Ellman & Krause, LLP
Attorneys for Orly Genger
1211 Avenue of the Americas
New York, New York 10036

Robert Meister, Esq.
Pedowitz & Meister, LLP
Attorneys for Dalia Genger
570 Lexington Avenue, 18th Floor
New York, New York 10022

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X  File No. 2008-0017

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

**AFFIRMATION OF SERVICE**

      **ARIE GENGER**, as Grantor.

------------------------------------------------------------------X

    I, STEVEN RIKER, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following subject to the penalties of perjury

    On March 11, 2015, I served the within **ADMISSION OF SERVICE OF THE DALIA GENGER MOTION TO DISMISS** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person(s) at the address(es) set forth below:

TO:    John Dellaportas, Esq.                Yoav M. Griver, Esq.
           Morgan Lewis & Bockius, LLP       Zeichner Ellman & Krause, LLP
           Attorneys for Asaaf Sternberg         Attorneys for Orly Genger
           101 Park Avenue                          1211 Avenue of the Americas
           New York, New York 10178            New York, New York 10036

           Robert Meister, Esq.
           Pedowitz & Meister, LLP
           Attorneys for Dalia Genger
           570 Lexington Avenue, 18th Floor
           New York, New York 10022

                                                    _____
                                                    STEVEN RIKER, ESQ.

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FILE NO. 2008-0017

Petition for a Decree Removing Dalia Genger as
Trustee of the Trust under Indenture of Trust dated
December 13, 1993 made by

    **ARIE GENGER**, as Grantor.

## ADMISSION OF SERVICE
## OF THE DALIA GENGER MOTION TO DISMISS

**STEVEN RIKER, ESQ.**
Guardian ad Litem
Law Office of Steven Riker
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel No.: (212) 661-6410