SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

```
-----------------------------------------------------------x
                                                           :
In the Matter of the Application of ORLY                   :     File No.: 0017/2008
GENGER, as a person interested, for the removal            :
of DALIA GENGER as Trustee of the Orly                     :     VERIFIED
Genger 1993 Trust pursuant to SCPA § 711(11)               :     NOTICE OF APPEARANCE
                                                           :
                                                           :
-----------------------------------------------------------x
```

New York County Surrogate's Court
MISCELLANEOUS DEPT.
AUG 0 7 2015
FILED
Clerk_____

PLEASE TAKE NOTICE, that the undersigned has been retained by and hereby appears for and on behalf of THE 1993 SAGI GENGER TRUST, a person interested in the above estate, and demands that service of all papers herein be made upon him at his office at the address set forth below.

Dated:  New York, New York
        July 22, 2015

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:_____
                                        John Dellaportas
                                        Mary C. Pennisi
                                        101 Park Avenue
                                        New York, NY 10178-0060
                                        212.309.6716
                                        212.309.6001
                                        jdellaportas@morganlewis.com

                                        *Attorneys for The 1993 Sagi Genger Trust*

TO:

Robert A. Meister
Pedowitz & Meister LLP
570 Lexington Avenue – 18th Floor
New York, NY 10022
212.403.7330
*Attorneys for Dalia Genger,
as Trustee of the Orly Genger 1993 Trust*

DB1/ 84120678.1

Yoav Griver
Zeichner Elliman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
212.223.0400

*Attorneys for Orly Genger*

Steven Riker, Esq.
Law Office of Steven Riker
110 E. 59th Street, 23rd Floor
New York, New York 10022
212.661.6410

*Guardian At Litem*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11)

File No.: 0017/2008

TRUSTEE'S AUTHORIZATION OF NOTICE OF APPEARANCE

-----------------------------------------------------------x

     I, BEN SHOUSHAN, trustee of the 1993 Sagi Genger Trust (the "Trust"), interested in the above entitled proceeding, hereby authorize John Dellaportas and Mary C. Pennisi of MORGAN, LEWIS & BOCKIUS LLP, to appear on behalf of the Trust and protect its interests in the above entitled proceeding. I have not assigned, sold, or hypothecated any part of my interest in decedent's estate, nor have I executed any power of attorney or similar instrument to any person with respect thereto.

Dated:    Tel Aviv, Israel
            July 22 2015

_____
BEN SHOUSHAN

DB1/ 84120678.1

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11)

File No.: 0017/2008

AFFIRMATION OF BEN SHOUSHAN

-----------------------------------------------------------x

     I affirm this 22nd day of July, 2015, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the united States, that the foregoing is true, and that I understand that this document may be filed in an action or prroceeding in a court of law.

Dated:    Tel Aviv, Israel
             July 22, 2015

_____
BEN SHOUSHAN

DB1/ 84120678.1

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x

In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11)

File No.: 0017/2008

**AFFIRMATION OF SERVICE**

-----------------------------------------------------------------x

I, MARY C. PENNISI, an attorney duly admitted to practice before the courts of the State of New York, hereby affirm under penalty of perjury that on August 6, 2015, I caused the foregoing **VERIFIED NOTICE OF APPEARANCE** to be served via regular mail, by postage pre-paid, to all counsel of record in the above-captioned action, including:

Robert A. Meister
Pedowitz & Meister LLP
570 Lexington Avenue – 18th Floor
New York, NY 10022
*Attorneys for Dalia Genger, as Trustee of the Orly Genger 1993 Trust*

Yoav Griver
Zeichner Elliman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
*Attorneys for Orly Genger*

Steven Riker, Esq.
Law Office of Steven Riker
110 E. 59th Street, 23rd Floor
New York, New York 10022
*Guardian At Litem*

New York, New York
August 6, 2015

_____
MARY C. PENNISI