SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------x
                                                :
                                                :   File No.: 0017/2008
In the Matter of the Application of ORLY        :
GENGER, as a person interested, for the removal :   **UPDATED NOTICE OF**
of DALIA GENGER as Trustee of the Orly          :   **MOTION TO DISMISS THIRD**
Genger 1993 Trust pursuant to SCPA § 711(11)    :   **VERIFIED AMENDED PETITION**
                                                :   **OF ORLY GENGER**
                                                :
----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed verified affirmation of John Dellaportas, the Supplemental Citation to Show Cause issued by the Honorable Nora S. Anderson on May 6, 2015, and all prior proceedings had herein, the Sagi Genger 1993 Trust (the "Sagi Trust") which is the contingent remainderman beneficiary of the Orly Genger 1993 Trust, by its attorneys, Morgan, Lewis & Bockius LLP, will move this Court sitting, at 31 Chambers Street, New York, New York, in the courtroom of the Honorable Nora S. Anderson in Room 509, at 10:00 a.m. in September 22, 2015, or as soon as counsel can be heard, for an Order dismissing the Third Amended Verified Petition for Removal of Dalia Genger as Trustee filed by Orly Genger on October 15, 2012.

Pursuant to CPLR 2214(b), any answering papers must be served so as to be received by no later than seven days before the return date.

Dated:    New York, New York        Respectfully submitted,
          August 25, 2015

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By: _____
                                    John Dellaportas
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212) 309-6690
                                    *Attorneys for the Sagi Genger 1993 Trust*

TO:

Robert A. Meister, Esq.
Pedowitz & Meister LLP
570 Lexington Avenue – 18th Floor
New York, NY 10022
212.403.7330
*Attorneys for Dalia Genger,*
*as Trustee of the Orly Genger 1993 Trust*

Yoav Griver, Esq.
Zeichner Elliman & Krause LLP
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
212.223.0400
*Attorneys for Orly Genger*

Steven Riker, Esq.
Law Office of Steven Riker
110 E. 59 Street 23rd Floor
New York, New York 10022
212.661.6410
*Guardian At Litem*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In the Matter of the Application of ORLY             :   File No.: 0017/2008
GENGER, as a person interested, for the removal      :
of DALIA GENGER as Trustee of the Orly               :   **AFFIRMATION OF SERVICE OF**
Genger 1993 Trust pursuant to SCPA § 711(11)         :   **MARY C. PENNISI**
                                                    :
-----------------------------------------------------------------x

      I, MARY C. PENNISI, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms pursuant to CPLR § 2106, as follows:

    1.    I am a member of the New York State Bar and associated with the firm of Morgan, Lewis & Bockius LLP;

    2.    I hereby affirm that I am not a party to this action, I am over 18 years of age, I am an attorney duly admitted to the Courts of the State of New York, and that on July 7, 2015, I caused to be served a true and correct copy of the attached motion papers, on the following counsel of record via OVERNIGHT DELIVERY, postage pre-paid:

Robert A. Meister  
Pedowitz & Meister LLP  
570 Lexington Avenue – 18th Floor  
New York, NY 10022  
212.403.7330  
*Attorneys for Dalia Genger,*  
*as Trustee of the Orly Genger 1993 Trust*

Yoav Griver  
Zeichner Elliman & Krause LLP  
1211 Avenue of the Americas, 40th Floor  
New York, New York 10036  
212.223.0400  
*Attorneys for Orly Genger*

Steven Riker, Esq.  
Law Office of Steven Riker  
110 E. 59th Street, 23rd Floor  
New York, New York 10022  
212.661.6410  
*Guardian At Litem*

    3.    I also served a second supplemental notice of motion by first class mail on July 8, 2015.

    4.    On August 25, 2015, I caused to be served the foregoing updated notice of motion by first class mail to the recipients noted above.

Dated: New York, New York  
          August 25, 2015

                                                                           MARY C. PENNISI