STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of the Application of
ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)
- - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDED NOTICE RESETTING
RETURN DATE OF MOTION TO
DISMISS THIRD AMENDED
PETITION
File No. 0017/2008

PLEASE TAKE NOTICE that upon all pleadings previously filed and the annexed August 25, 2015 affirmation of Robert A. Meister, DALIA GENGER, as Trustee of the Orly Genger 1993 Trust, will move this Court sitting at 31 Chambers Street, Room 509, New York, New York, at 10:00 a.m. in the forenoon of September 22, 2015, or as soon as counsel can be heard, for an Order dismissing the Third Amended Petition on the grounds that the Petition fails to state a valid claim for removal of Dalia Genger as Trustee of the Orly Genger 1993 Trust.

PEDOWITZ & MEISTER LLP

By _____
Robert A. Meister
570 Lexington Avenue – 18th Floor
New York, NY 10022
212.403.7330
Attorneys for DALIA GENGER,
as Trustee of the Orly Genger 1993 Trust

TO:
Morgan Lewis & Bockius
101 Park Avenue
New York NY 10178-0600
Attn. John Dellaportas, Esq.
Counsel for the Sagi Genger Trust
Attn. John Dellaportas, Esq.

Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York New York 10036
Counsel for Petitioner Orly Genger
Attn. Yoav Griver, Esq.

Steven Riker, Esq.
110 East 59 Street, 23rd Floor
New York, NY 10022
Guardian *ad Litem*