SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

```
New York County Surrogate's Court
MISCELLANEOUS DEPT.
SEP 1 6 2015
FILED
Clerk_____
```

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

ARIE GENGER,

Grantor

File No.: 0017/2008

**S**TIPULATION

IT IS HEREBY STIPULATED by and between counsel for the parties that: (1) the return dates for Dalia Genger's and the Sagi Genger 1993 Trust's (the "Sagi Trust") motions to dismiss are adjourned from September 22, 2015 to October 27, 2015; (2) petitioner's and guardian ad litem's oppositions to Dalia Genger's and the Sagi Trust's motions, if any, shall be served on or before October 6, 2015 (with courtesy copies sent via email); (3) Dalia Genger's and the Sagi Trust's reply papers in further support of their motions shall be served so that it is received no later than October 26, 2015 (with courtesy copies sent via email by 5:00pm EST); (4) a facsimile copy of this Stipulation shall be

deemed to be an original; and (5) this stipulation can be signed in counterparts all of which constitute one document.

Dated:   New York, New York
         September 11, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____/s/_____
Yoav M. Griver
Bryan D. Leinbach
1211 Avenue of the Americas
New York, New York 10022
(212) 223-0400

Attorneys for Orly Genger

PEDOWITZ & MEISTER LLP

By: Robert A. Meister / by permission
Robert A. Meister
570 Lexington Avenue – 18th Floor
New York, New York 10022
(212) 403-7330

Attorneys for Dalia Genger

MORGAN, LEWIS & BOCKIUS LLP

By: John Dellaportas / by permission
John Dellaportas
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

Attorneys for the Sagi Genger 1993 Trust

LAW OFFICE OF STEVEN RIKER

By: Steven Riker / by permission
Steven Riker, Esq.
110 E. 59th Street, 23rd Floor
New York, New York 10022
Tel No. (212) 661-6410

Guardian Ad Litem

#825752

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

File No.: 0017/2008

In the Matter of the Application of ORLY
GENGER, as a person interested, for the removal
of DALIA GENGER as Trustee of the Orly Genger
1993 Trust pursuant to SPCA § 711(11)

## STIPULATION

ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com