New York County Surrogate's Court
MISCELLANEOUS DEPT.

OCT 23 2015

**FILED**

Clerk_____

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In the Matter of the Application of
ORLY GENGER, as a person interested, for the removal
of DALIA GENGER as Trustee of the Orly
Genger 1993 Trust pursuant to SCPA §711(11)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

File No. 0017/2008

## STIPULATION ADJOURNING THE MOTIONS TO DISMISS
### THE THIRD AMENDED PETITION

IT IS HEREBY STIPULATED, by and between the undersigned counsel for all

parties who have appeared in this proceeding that Dalia Genger's Motion to

Dismiss the Third Amended Petition of Orly Genger and the Sagi Genger 1993

Trust's Motion to Dismiss the Third Amended Petition of Orly Genger now

returnable October 27, 2015, be and the same hereby is adjourned to 10:00 a.m. on

November 20, 2015.

This adjournment is due to the fact that Robert A. Meister, Esq., counsel to

Dalia Genger, is currently hospitalized. It is uncertain whether Mr. Meister will be

1

released from the hospital as of the scheduled return date, thus an adjournment is

necessary.


Zeichner Ellman & Krause LLP

By: _Yoav Griver/mw_
Yoav Griver, Esq.
Bryan Leinbach, Esq.
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 826-5313
Fax (212) 753-0396
YGriver@zeklaw.com
bleinbach@zeklaw.com
*Attorneys for Petitioner Orly Genger*
Law Office of Steven Riker

By: _Steven Riker/mw_
Steven Riker, Esq.
110 E 59th Street, 23rd Floor
New York, NY 10022
Tel:(212) 661-6410
Fax: (212) 994-2146
SR@stevenrikerlaw.com
*Court Appointed Guardian Ad Litem
for the Unborn Children of Petitioner
Orly Genger*


Morgan, Lewis & Bockius LLP

By: _John Dellaportas/mw_
John Dellaportas, Esq.
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6690
Fax: (212) 309-6001
jdellaportas@morganlewis.com
*Attorneys for the Sagi Genger 1993
Trust*

Pedowitz & Meister, LLP

By: _Robert A. Meister/mw_
Robert A. Meister, Esq.
570 Lexington Avenue, 18th Floor
New York, New York 10022
Tel: (212) 403-7365
Fax: (212) 354-6614
robert.meister@pedowitzmeister.com
*Attorneys for Respondent/Trustee
Dalia Genger*

**PEDOWITZ & MEISTER, LLP**
**570 Lexington Avenue, 18th Floor**
**New York, New York, 10022**
(212) 403-7365
(212) 354-6614 (fax)

October 23, 2015

**TO:** **Surrogate Anderson** **FAX NUMBER:** (212) 618-5157

**FROM:** Pedowitz & Meister, LLP          **NUMBER OF PAGES:** (including cover)
3

**CC:** All parties (via email)

**SUBJECT:** In the Matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER as Trustee of the Orly Genger 1993 Trust pursuant to SCPA §711(11), File No. 0017/2008

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (212) 403-7365