SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by<br><br>ARIE GENGER<br><br>Grantor | File No. 0017/2008<br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that Andrew R. Kurland, of the firm Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as counsel to petitioner Orly Genger, and certifies that he is admitted to practice to practice before the Courts of the State of New York, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       February 14, 2017

                                              KASOWITZ, BENSON, TORRES &
                                              FRIEDMAN LLP

                                              _____
                                              Andrew R. Kurland
                                              1633 Broadway
                                              New York, NY 10019
                                              (212) 506-1700

                                              *Counsel for Orly Genger*

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

*Index No.* 0017       *Year 20* 08

SURROGATE'S COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

        ARIE GENGER

              Grantor

## NOTICE OF APPEARANCE

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*Attorney(s) for*   Petitioner

1633 BROADWAY
NEW YORK, NEW YORK 10019
212-506-1700

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* February 8, 2017      Signature _____

Print Signer's Name ............... Michael P. Bowen

*Service of a copy of the within*                           *is hereby admitted.*

*Dated:*

*Attorney(s) for Petitioner*

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY
*that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on*       20

☐ NOTICE OF SETTLEMENT
*that an Order of which the within is a true copy will be presented for settlement to the Hon.*      *, one of the judges of the within-named Court,*
*at*
*on*          20    *, at*      *M.*

*Dated:*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Attorney(s) for*

*To:*                                                 1633 BROADWAY
                                                       NEW YORK, NEW YORK 10019

*Attorney(s) for*

STATE OF NEW YORK, COUNTY OF                                                                                     ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification** — certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation** — say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
. I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                                           is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:

...........................................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                                                                     ss:
                                                                         being sworn says: I am

☐ **Individual Verification** — in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
the                                           of

☐ **Corporate Verification** — a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                                  , 20

...........................................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                                                                     ss:
                                                                         being sworn says: I am not a party to the action, am over 18 years of age and reside at
        On                                  , 20          , I served a true copy of the annexed
                                                               in the following manner:

☐ **Service by Mail** — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Personal Service** — by delivering the same personally to the persons at the address indicated below:

☐ **Service by Facsimile** — by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Service by Electronic Means** — by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ **Overnight Delivery Service** — by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                                  , 20

...........................................................................................

...........................................................................................
*(Print signer's name below signature)*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by<br><br>ARIE GENGER<br><br>Grantor | File No. 0017/2008<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Michael P. Bowen, of the firm Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as counsel to petitioner Orly Genger, and certifies that he is admitted to practice to practice before the Courts of the State of New York, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       February 14, 2017

                                        KASOWITZ, BENSON, TORRES &
                                        FRIEDMAN LLP

                                        Michael P. Bowen
                                        1633 Broadway
                                        New York, NY 10019
                                        (212) 506-1700

                                        *Counsel for Orly Genger*

STATE OF NEW YORK, COUNTY OF                                                                                   ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification** — certify that the annexed has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation** — say that: I am the attorney of record, or of counsel with the attorney(s) of record, for                      . I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                          is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:

..........................................................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                                                                   ss:

being sworn says: I am

☐ **Individual Verification** — in the action herein; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

☐ **Corporate Verification** — the                 of                  a corporation, one of the parties to the action; I have read the annexed know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                              , 20

..........................................................................................................
*(Print signer's name below signature)*

..........................................................................................................

STATE OF NEW YORK, COUNTY OF                                                                                   ss:

being sworn says: I am not a party to the action, am over 18 years of age and reside at
On                              , 20     , I served a true copy of the annexed
in the following manner:

☐ **Service by Mail** — by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Personal Service** — by delivering the same personally to the persons at the address indicated below:

☐ **Service by Facsimile** — by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Service by Electronic Means** — by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ **Overnight Delivery Service** — by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                              , 20

..........................................................................................................

..........................................................................................................
*(Print signer's name below signature)*

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510 www.aslegal.com

*Index No.* 0017    *Year 20* 08

SURROGATE'S COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

ARIE GENGER

Grantor

## NOTICE OF APPEARANCE

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

*Attorney(s) for*
    Petitioner

1633 BROADWAY
NEW YORK, NEW YORK 10019
212-506-1700

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* February 8, 2017    Signature ............

Print Signer's Name................Michael P. Bowen................

*Service of a copy of the within*                                         *is hereby admitted.*

*Dated:*

*Attorney(s) for* Petitioner

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the
Hon.                            , one of the judges of the within-named Court,
at
on                    20    , at        M.

*Dated:*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Attorney(s) for*

1633 BROADWAY
NEW YORK, NEW YORK 10019

*To:*

*Attorney(s) for*

STATE OF NEW YORK, COUNTY OF                                                                                     ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

<table>
<tr><td rowspan="3">Check Applicable Box</td><td>☐ Attorney's Certification</td><td>certify that the annexed<br>has been compared by me with the original and found to be a true and complete copy thereof.</td></tr>
<tr><td>☐ Attorney's Verification by Affirmation</td><td>say that: I am the attorney of record, or of counsel with the attorney(s) of record, for<br>. I have read the annexed<br>know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.</td></tr>
</table>

The reason I make this affirmation instead of                                                is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:                                                                                                     ..................................................................
                                                                                                           *(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                                     ss:
                                                                                 being sworn says: I am

<table>
<tr><td rowspan="2">Check Applicable Box</td><td>☐ Individual Verification</td><td>in the action herein; I have read the annexed<br>know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.</td></tr>
<tr><td>☐ Corporate Verification</td><td>the                                of<br>a corporation, one of the parties to the action; I have read the annexed<br>know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.</td></tr>
</table>

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                                  , 20                 ..................................................................
                                                                            *(Print signer's name below signature)*

..................................................................

STATE OF NEW YORK, COUNTY OF                                         ss:
                                                                     being sworn says: I am not a party to the action, am over 18 years of age and reside at
                On                                  , 20      , I served a true copy of the annexed
                                                    in the following manner:

<table>
<tr><td rowspan="5">Check Applicable Box</td><td>☐ Service by Mail</td><td>by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):</td></tr>
<tr><td>☐ Personal Service</td><td>by delivering the same personally to the persons at the address indicated below:</td></tr>
<tr><td>☐ Service by Facsimile</td><td>by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):</td></tr>
<tr><td>☐ Service by Electronic Means</td><td>by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:</td></tr>
<tr><td>☐ Overnight Delivery Service</td><td>by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:</td></tr>
</table>

Sworn to before me on                                  , 20

..................................................................

                                                                            ..................................................................
                                                                            *(Print signer's name below signature)*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

ARIE GENGER

Grantor

File No. 0017/2008

**AFFIRMATION OF SERVICE**

---

I am an attorney admitted to practice before the Courts of the State of New York. On February 14, 2017, on behalf of petitioner Orly Genger, I caused to be served by U.S. First Class Mail, postage prepaid, a true and correct copy of the Notice of Appearance of Michael P. Bowen and the Notice of Appearance of Andrew R. Kurland, as counsel to petitioner Orly Genger, on the parties to this action through their counsel, as follows:

Counsel to Dalia Genger:

>Robert Meister, Esq.
>Pedowitz & Meister, LLP
>570 Lexington Ave., 18th Floor
>New York, New York  10022

>and

>Judith Bachman, Esq.
>254 S. Main Street, Suite 306
>New City, New York 10956

Counsel to Sagi Genger:

>John Dellaportas, Esq.
>Kelley, Drye & Warren, LLP
>101 Park Avenue
>New York, New York  10178

Counsel to Arie Genger:

>Lance Harris, Esq.
>Stein & Harris
>1211 Avenue of the Americas
>40th Floor
>New York, NY 10036

Dated: New York, New York
       February 14, 2017

_____
Andrew R. Kurland

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510  www.aslegal.com

*Index No.* 0017    *Year 20* 08

SURROGATE'S COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

        ARIE GENGER

                Grantor

## AFFIRMATION OF SERVICE

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Attorney(s) for*
    Petitioner
1633 BROADWAY
NEW YORK, NEW YORK 10019
212-506-1700

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* February 8, 2017    Signature _____

                Print Signer's Name ............ Michael P. Bowen

*Service of a copy of the within*                 *is hereby admitted.*

*Dated:*

                *Attorney(s) for  Petitioner*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of a
    entered in the office of the clerk of the within-named Court on     20

☐ NOTICE OF SETTLEMENT
    that an Order of which the within is a true copy will be presented for settlement to the
    Hon.     , one of the judges of the within-named Court,
    at
    on     20   , at     M.

*Dated:*

            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Attorney(s) for*

            1633 BROADWAY
*To:*             NEW YORK, NEW YORK 10019

*Attorney(s) for*

STATE OF NEW YORK, COUNTY OF                                                                 ss:

I, the undersigned, am an attorney admitted to practice in the courts of New York, and

☐ **Attorney's Certification** certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation** say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
                                                     . I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                                    is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:                                                                              ............................................................................
                                                                                    *(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                                    ss:
                                                                being sworn says: I am

☐ **Individual Verification** in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
the                                  of

☐ **Corporate Verification** a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                              , 20                ............................................................................
                                                                      *(Print signer's name below signature)*
............................................................

STATE OF NEW YORK, COUNTY OF                                    ss:
                                                                being sworn says: I am not a party to the action, am over 18 years of
age and reside at
        On                                , 20    , I served a true copy of the annexed
                                                   in the following manner:

☐ **Service by Mail** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Personal Service** by delivering the same personally to the persons at the address indicated below:

☐ **Service by Facsimile** by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Service by Electronic Means** by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ **Overnight Delivery Service** by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                              , 20

............................................................

                                                                      ............................................................................
                                                                      *(Print signer's name below signature)*