New York County Surrogate's Court
MISCELLANEOUS DEPT.
FEB 15 2017
FILED
Clerk

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

   ARIE GENGER,

        Grantor

File No.: ~~0017/2008~~
2008-0017 /S

**SUBSTITUTION OF COUNSEL**

---

  IT IS HEREBY STIPULATED AND AGREED THAT, Kasowitz, Benson, Torres & Friedman LLP ("KBTF") shall be substituted as attorneys of record for petitioner Orly Genger in the above-captioned action in place and stead of Zeichner Ellman & Krause LLP; and it is further

  STIPULATED AND AGREED THAT, copies of all future notices and correspondence should be sent to KBTF at the address listed below; and it is further

  STIPULATED AND AGREED THAT, this stipulation may be signed in counterparts,

890491

each of which shall be deemed an original, and facsimile signatures shall have the same force and effect as original signatures.

Dated: New York, New York
       January 9, 2017

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: _____ <br> Eric D. Herschmann <br> Michael P. Bowen <br> Andrew R. Kurland <br> 1633 Broadway <br> New York, NY 10019 <br> (212) 506-1700 <br><br> *Continuing Counsel for Orly Genger* | By: _____ <br> Yoav Griver <br> Bryan Leinbach <br> 1211 Avenue of the Americas <br> New York, NY 10036 <br> (212) 223-0400 <br><br> *Outgoing Counsel for Orly Genger* |

Orly Genger

By: _____

STATE OF New York
COUNTY OF New York

    On the 27th day of January in the year 2017 before me, the undersigned, personally appeared Orly Genger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

2