SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

New York County Surrogate's Court
MISCELLANEOUS DEPT.
FEB 15 2017
FILED
Clerk____

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

ARIE GENGER,

Grantor

File No.: ~~0017/2008~~
2008-0017

**STIPULATION OF
WITHDRAWAL OF COUNSEL**

WHEREAS, currently the law firms of Kasowitz, Benson, Torres & Friedman LLP ("KBTF") and Zeichner Ellman & Krause LLP ("ZEK") represent petitioner Orly Genger ("Orly") in this matter; and

WHEREAS, Orly and ZEK have agreed that ZEK shall no longer represent Orly in this matter; and

WHEREAS, KBTF consents to ZEK's withdrawal in this matter;

IT IS NOW STIPULATED AND AGREED THAT:

1. Pursuant to CPLR § 321, ZEK hereby withdraws as counsel to Orly, and shall no longer represent Orly in this matter.

2. KBTF shall remain as counsel to Orly in this matter.

3. This stipulation may be signed in counterparts, each of which shall be deemed an

890018

original, ███████████████████████████████████
███████████████████

Dated: New York, New York
January 9, 2017

| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ZEICHNER ELLMAN & KRAUSE LLP |
|---|---|
| By: _____ | By _____ |
| Eric D. Herschmann | Yoav Griver |
| Michael P. Bowen | Bryan Leinbach |
| Andrew R. Kurland | 1211 Avenue of the Americas |
| 1633 Broadway | New York, NY 10036 |
| New York, NY 10019 | (212) 223-0400 |
| (212) 506-1700 | |
| *Continuing Counsel for Orly Genger* | *Outgoing Counsel for Orly Genger* |

Orly Genger

By: _____

SO ORDERED:

_____
Hon. Nora S. Anderson, Surrogate

2

STATE OF  New York ,
COUNTY OF New York .

   On the 27th day of January in the year 2017 before me, the undersigned, personally appeared Orly Genger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                        _____
                        Notary Public

[Notary seal: ANDREW ROGERS KURLAND, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02KU6221752, QUALIFIED IN KINGS COUNTY, COMM. EXP. 05/10/20__]