SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by<br><br>ARIE GENGER<br><br>Grantor | File No. 0017/2008<br><br>NOTICE OF CHANGE OF FIRM NAME |

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP. The firm and its lawyers' addresses, e-mail addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: New York, New York
       April 14, 2017

KASOWITZ BENSON TORRES LLP

_____
Michael P. Bowen
1633 Broadway
New York, NY 10019
(212) 506-1700

*Counsel for Orly Genger*

Index No. 0017          Year 20 08

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

      ARIE GENGER

              Grantor

---

## NOTICE OF CHANGE OF FIRM NAME

---

KASOWITZ BENSON TORRES LLP

*Attorney(s) for*

    *Petitioner*

*Office Address & Tel. No.:*
1633 BROADWAY
NEW YORK, NY 10019
212-506-1700

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.*

Dated: April 14, 2017          Signature ...............................

                          Print Signer's Name ....... Michael P. Bowen

*Service of a copy of the within*                              *is hereby admitted.*
Dated:

                  *Attorney(s) for*  *Petitioner*

---

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY** — that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on     20

☐ **NOTICE OF SETTLEMENT** — that an Order of which the within is a true copy will be presented for settlement to the Hon.   , one of the judges of the within-named Court, at
on     20  , at    M.

Dated:

                     KASOWITZ BENSON TORRES LLP
                 *Attorney(s) for*

To:

                 *Office Address & Tel. No.:*
                 1633 BROADWAY
                 NEW YORK, NY 10019
*Attorney(s) for*            212-506-1700

ORIGINAL

Check Applicable Box

☐ Attorney's Certification

certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ Attorney's Verification by Affirmation

say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
                                    . I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                              is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:                                                                        ...........................................................................
                                                                              *(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                              ss:
                                    being sworn says: I am

Check Applicable Box

☐ Individual Verification

in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
the                              of

☐ Corporate Verification

a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                              , 20           ...........................................................................
                                                                              *(Print signer's name below signature)*

...........................................................................

STATE OF NEW YORK, COUNTY OF                              ss:
                                    being sworn says: I am not a party to the action, am over 18 years of age and reside at
           On                              , 20    , I served a true copy of the annexed
                                    in the following manner:

Check Applicable Box

☐ Service by Mail

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ Personal Service

by delivering the same personally to the persons at the address indicated below:

☐ Service by Facsimile

by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ Service by Electronic Means

by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ Overnight Delivery Service

by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                              , 20

...........................................................................

...........................................................................
                                                                              *(Print signer's name below signature)*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by<br><br>ARIE GENGER<br><br>Grantor | File No. 0017/2008<br><br>**AFFIRMATION OF SERVICE** |

   I am an attorney admitted to practice before the Courts of the State of New York. On April 14, 2017, on behalf of petitioner Orly Genger, I caused to be served by U.S. First Class Mail, postage prepaid, a true and correct copy of the (1) Notice of Change of Firm Name, dated April 14, 2017 on the parties to this action through their counsel, as follows:

Counsel to Dalia Genger:

 Robert Meister, Esq.
 Pedowitz & Meister, LLP
 570 Lexington Ave., 18th Floor
 New York, New York 10022

    and

 Judith Bachman, Esq.
 254 S. Main Street, Suite 306
 New City, New York 10956

Counsel to Arie Genger:

 Lance Harris, Esq.
 Stein & Harris
 1211 Avenue of the Americas
 40th Floor
 New York, NY 10036

Counsel to Sagi Genger:

 John Dellaportas, Esq.
 Kelley, Drye & Warren, LLP
 101 Park Avenue
 New York, New York 10178

Dated: New York, New York
   April 14, 2017

                       Andrew R. Kurland

Index No.  0017                    Year 20  08

SURROGATE'S COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

---

In the Matter of the Application of Orly Genger to Remove Dalia Genger as Trustee of The Orly Genger 1993 Trust Established on December 13, 1993, by

ARIE GENGER

Grantor

---

### AFFIRMATION OF SERVICE

---

KASOWITZ BENSON TORRES LLP

*Attorney(s) for*

*Petitioner*

*Office Address & Tel. No.:*

1633 BROADWAY
NEW YORK, NY 10019
212-506-1700

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.*

Dated: April 14, 2017          Signature _____

Print Signer's Name  Andrew R. Kurland

---

*Service of a copy of the within* _____ is hereby admitted.

Dated:

*Attorney(s) for*  Petitioner

---

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                    , one of the judges of the within-named Court, at
on                    20          , at          M.

Dated:

KASOWITZ BENSON TORRES LLP
*Attorney(s) for*

*Office Address & Tel. No.:*

To:

*Attorney(s) for*

1633 BROADWAY
NEW YORK, NY 10019
212-506-1700

☐ **Attorney's Certification**
I, the undersigned, am an attorney admitted to practice certify that the annexed
has been compared by me with the original and found to be a true and complete copy thereof.

☐ **Attorney's Verification by Affirmation**
say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
. I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of                    is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:
.....................................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF                    ss:
being sworn says: I am

☐ **Individual Verification**
in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

☐ **Corporate Verification**
the                    of
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                    , 20
.....................................................................................
*(Print signer's name below signature)*

.................................................................

STATE OF NEW YORK, COUNTY OF                    ss:
being sworn says: I am not a party to the action, am over 18 years of age and reside at
On                    , 20    , I served a true copy of the annexed
in the following manner:

☐ **Service by Mail**
by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Personal Service**
by delivering the same personally to the persons at the address indicated below:

☐ **Service by Facsimile**
by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

☐ **Service by Electronic Means**
by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

☐ **Overnight Delivery Service**
by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                    , 20
.................................................................
.....................................................................................
*(Print signer's name below signature)*