New York County Surrogate's Court
MISCELLANEOUS DEPT.

SEP 6 2017

FILED

Clerk

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the matter of the Application of ORLY
GENGER, as a person interested, for the removal
of DALIA GENGER, as Trustee of the Orly
Genger 1993 Trust pursuant to SCPA § 711(11).

File No.:    2008-0017

Surrogate Nora S. Anderson

---

## NOTICE OF MOTION TO DISMISS CROSS-PETITION

PLEASE TAKE NOTICE, that upon the Affirmation of Michael Paul Bowen, dated

September 8, 2017, and all exhibits attached thereto, the accompanying Memorandum of Law,

and all prior pleadings and proceedings heretofore had herein, petitioner Orly Genger will move

this court, sitting at 31 Chambers Street, New York, New York  10007, on October 3, 2017, or as

soon thereafter as counsel can be heard, for an Order pursuant to SCPA § 102 and CPLR

3211(a)(1), (5) and (7) dismissing Dalia Genger's Cross-Petition.

PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering

affidavits shall be served at least seven days before the return date of this motion, and reply

affidavits shall be served at least one day before the return date of this motion.

Dated:   New York, New York
         September 8, 2017

KASOWITZ BENSON TORRES LLP

By: _____
    Eric D. Herschmann
    Michael Paul Bowen
    Andrew R. Kurland
    1633 Broadway
    New York, New York 10019
    (212) 506-1700

*Attorneys for Petitioner*

To:

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY  10956

*Counsel to Respondent/Cross-Petitioner Dalia Genger*

John Dellaportas, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10017

*Counsel to Respondent Sagi Genger*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the matter of the Application of ORLY
GENGER, as a person interested, for the removal
of DALIA GENGER, as Trustee of the Orly
Genger 1993 Trust pursuant to SCPA § 711(11).

File No.:    2008-0017

Surrogate Nora S. Anderson

## **AFFIRMATION OF SERVICE**

I am an attorney admitted to practice before the Courts of the State of New York.  On

September 8, 2017, on behalf of petitioner Orly Genger, I served by U.S. First Class Mail,

postage prepaid, a true and correct copy of Orly Genger's Notice of Motion to Dismiss the

Cross-Petition of Dalia Genger, the Memorandum of Law in Support of Petitioner's Motion to

Dismiss Dalia Genger's Cross-Petition, and the Affirmation of Michael Paul Bowen and exhibits

thereto, dated September 8, 2017, on the parties to this action through their counsel, as follows:


Counsel to Respondent/Cross-Petitioner Dalia Genger:

> Judith Bachman, Esq.
> 254 S. Main Street, Suite 306
> New City, New York 10956

Counsel to Respondent Sagi Genger:
> John Dellaportas, Esq.
> Kelley, Drye & Warren, LLP
> 101 Park Avenue
> New York, New York  10017



Dated: New York, New York
      September 8, 2017

Andrew R. Kurland

ORIGINAL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

--------------------------------------------------------------

In the matter of the Application of ORLY GENGER,
as person interested, for the removal of DALIA
GENGER, as Trustee of Orly Genger 1993 Trust
pursuant to SCPA § 711(11),

File No.:  2008-0017 [          ]

Surrogate Nora S. Anderson

--------------------------------------------------------------

## NOTICE OF MOTION AND AFFIRMATION

KASOWITZ BENSON TORRES LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

ATTORNEYS FOR ORLY GENGER