SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11). | File No.: 2008-0017 <br><br>Surrogate Nora S. Anderson |

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice before the Courts of the State of New York. On September 25, 2017, on behalf of petitioner Orly Genger, I caused to be served by hand delivery a true and correct copy of Orly Genger's Notice of Motion to Dismiss the Cross-Petition of Dalia Genger, the Memorandum of Law in Support of Petitioner's Motion to Dismiss Dalia Genger's Cross-Petition, and the Affirmation of Michael Paul Bowen and exhibits thereto, dated September 8, 2017, on the Guardian Ad Litem in this action at the following address:

Steven Riker, Esq.
Law Office of Steven Riker
One Grand Central Place, 46th Floor
New York, New York 10165

Dated: New York, New York
September 26, 2017

Andrew R. Kurland