SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11). | File No.: 2008-0017<br><br>Surrogate Nora S. Anderson |

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice before the Courts of the State of New York. On October 2, 2017, on behalf of petitioner Orly Genger, I served by U.S. First Class Mail, postage prepaid, a true and correct copy of the Reply Affirmation of Michael Paul Bowen in Support of Orly Genger's Motion to Dismiss Cross-Petition, dated October 2, 2017, on the parties to this action, through their counsel, and the Guardian Ad Litem, as follows:

Counsel to Respondent/Cross-Petitioner Dalia Genger:

> Judith Bachman, Esq.
> 254 S. Main Street, Suite 306
> New City, New York 10956

Counsel to Respondent Sagi Genger:

> John Dellaportas, Esq.
> Kelley, Drye & Warren, LLP
> 101 Park Avenue
> New York, New York 10017

Guardian Ad Litem:

> Steven Riker, Esq.
> Law Office of Steven Riker
> One Grand Central Place, 46th Floor
> New York, New York 10165

Dated: New York, New York
October 2, 2017

_____
Andrew R. Kurland