SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11).

File No.: 2008-0017

Surrogate Nora S. Anderson

*New York County Surrogate's Court MISCELLANEOUS DEPT. OCT 2 2017 FILED Clerk*

## STIPULATION TO ADJOURN MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED as follows:

1. The return date of the motion to dismiss filed by petitioner Orly Genger, dated September 8, 2017, is adjourned from October 3, 2017 to October 17, 2017.

2. Photocopies and/or facsimile copies of this Stipulation shall be valid as if signed in original.

Dated: New York, New York
October 2, 2017

KELLEY DRYE & WARREN LLP
John Dellaportas
101 Park Avenue
New York, NY 10178
(212) 808-5000

*Attorneys for Sagi Genger*

KASOWITZ BENSON TORRES LLP
Eric D. Herschmann
Michael P. Bowen
Andrew R. Kurland
1633 Broadway
New York, New York 10019
(212) 506-1903

*Attorneys for Orly Genger*

Judith Bachman
254 S. Main Street, Suite 306
New City, NY 10956
(845) 639-3210

*Attorney for Dalia Genger*

Steven Riker
One Grand Central Place, 46th Floor
New York, NY 10165
(212) 661-6410

*Guardian Ad Litem*