SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the matter of the Application of ORLY GENGER, as a person interested, for the removal of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust pursuant to SCPA § 711(11). | File No.: 2008-0017<br><br>Surrogate Nora S. Anderson |

## STIPULATION TO ADJOURN MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Due to a family medical emergency of counsel for petitioner, the parties hereto agree to adjourn the return date of the motion to dismiss filed by petitioner Orly Genger, dated September 8, 2017, from October 17, 2017 to December 8, 2017, at 9:30 a.m.

2. Photocopies and/or facsimile copies of this Stipulation shall be valid as if signed in original.

Dated: New York, New York
       October 16, 2017

_____          _____
KELLEY DRYE & WARREN LLP               KASOWITZ BENSON TORRES LLP
John Dellaportas                        Eric D. Herschmann
101 Park Avenue                         Michael P. Bowen
New York, NY 10178                      Andrew R. Kurland
(212) 808-5000                          1633 Broadway
                                        New York, New York 10019
*Attorneys for Sagi Genger*             (212) 506-1903

                                        *Attorneys for Orly Genger*

_____          _____
Judith Bachman                          Steven Riker
254 S. Main Street, Suite 306           One Grand Central Place, 46th Floor
New City, NY 10956                      New York, NY 10165
(845) 639-3210                          (212) 661-6410

*Attorney for Dalia Genger*             *Guardian Ad Litem*

# KASOWITZ BENSON TORRES LLP

SENDER'S FAX ANDREW KURLAND

SENDER'S DIRECT DIAL 212-506-3306

SENDER'S E-MAIL ADDRESS
AKURLAND@KASOWITZ.COM

NEW YORK OFFICE
1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

## FAX TRANSMISSION COVER SHEET

**TO:**                                    FAX NO.: 12126185157

**FROM: Andrew Kurland**                   TELEPHONE NO.: 212-506-3306

**DATE: 16/10/2017 18:28:30 EDT**

**COVER MESSAGE**
Attached please find a stipulation adjourning petitioner's motion from October 17, 2017 to December 8, 2017. Thank you.

Andrew R. Kurland
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-3306
Fax. (212) 835-5254
AKurland@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR FIND THAT THEY ARE ILLEGIBLE, PLEASE CALL (212) 506-1842.

**CONFIDENTIALITY NOTICE:**
This fax transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**Andrew R. Kurland**

| | |
|---|---|
| **From:** | Judith Bachman <judith@thebachmanlawfirm.com> |
| **Sent:** | Monday, October 16, 2017 5:37 PM |
| **To:** | Steven Riker |
| **Cc:** | Dellaportas, John; Andrew R. Kurland; Michael P. Bowen |
| **Subject:** | Re: E/O Genger - File No. 2008-0017 |

Again, any date in December before the 14th is fine for me. Please sign accordingly.

**⒧**
THE BACHMAN
LAW FIRM

**Judith Bachman, Esq.**
*Trusted Legal Counsel for You and Your Business*

**P:** 845.639.3210   **C:** 845.300.1595
Judith@thebachmanlawfirm.com
thebachmanlawfirm.com

254 S. Main Street  |  Suite 306  |  New City, NY 10956


On Mon, Oct 16, 2017 at 5:34 PM, Steven Riker <sr@stevenrikerlaw.com> wrote:

> I would prefer the 8th, to have a few extra days, but either is ok.
>
> Very truly yours,
>
> Steven Riker, Esq.
> Law Office of Steven Riker
> One Grand Central Place, 46th Floor | New York, NY 10165
> 445 Hamilton Avenue, Suite 1102 | White Plains, NY 10601
> t 212.661.6410 | f 212.994.2146
> SR@stevenrikerlaw.com
>
> NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the individual(s) named as recipient(s) and are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you received this email in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. Unless we have been formally retained, nothing contained in this email shall be construed as legal advice.

1

**Andrew R. Kurland**

| | |
|---|---|
| **From:** | Dellaportas, John <JDellaportas@KelleyDrye.com> |
| **Sent:** | Monday, October 16, 2017 5:37 PM |
| **To:** | Steven Riker |
| **Cc:** | Judith Bachman; Andrew R. Kurland; Michael P. Bowen |
| **Subject:** | Re: E/O Genger - File No. 2008-0017 |

Ok to sign for me on 8th.

On Oct 16, 2017, at 5:34 PM, Steven Riker <sr@stevenrikerlaw.com> wrote:

> I would prefer the 8th, to have a few extra days, but either is ok.
>
> Very truly yours,
>
> Steven Riker, Esq.
> Law Office of Steven Riker
> One Grand Central Place, 46th Floor | New York, NY 10165
> 445 Hamilton Avenue, Suite 1102 | White Plains, NY 10601
> t 212.661.6410 | f 212.994.2146
> SR@stevenrikerlaw.com
>
> NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the individual(s) named as recipient(s) and are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you received this email in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. Unless we have been formally retained, nothing contained in this email shall be construed as legal advice.
>
> **From:** Judith Bachman <judith@thebachmanlawfirm.com>
> **Sent:** Monday, October 16, 2017 5:31:06 PM
> **To:** Dellaportas, John
> **Cc:** Andrew R. Kurland; Steven Riker; Michael P. Bowen
> **Subject:** Re: E/O Genger - File No. 2008-0017
>
> Me too.
>
> 
>
> **Judith Bachman, Esq.**

1