STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
In the Matter of the Application of                    NOTICE OF SUBSTITUTION
ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)       File No. 0017/2008
- - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the Judith Bachman, Esq., 254 S Main St, New City, NY 10956, (845) 639-3210, is hereby substituted as attorney of record for Dalia Genger in this proceeding in lieu of Pedowitz & Meister LLP.

_____
Judith L. Bachman
Incoming attorney

Pedowitz & Meister LLP
By _____
Robert A. Meister
Outgoing attorneys

Consented to:
_____
Dalia Genger

STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss.:

On the 14 day of December, 2017, before me personally came Dalia Genger, to me known and known to me to be the person described in this document, who executed the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

ROBERT A. MEISTER
Notary Public, State of New York
No. 31-02ME2653350
Qualified in New York County
Commission Expires March 30, 2011

STATE OF NEW YORK
SURROGATES COURT: COUNTY OF NEW YORK
----------------------------------------------------X

In the Matter of the Application of
ORLY GENGER, as a person interested, for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11)

File No. 0017/2009

**AFFIDAVIT OF SERVICE**

----------------------------------------------------X

State of New York    )
                     ) ss:
County of New York   )

Jeremy Busch, being sworn, deposes and says:

I am over the age of 18, and reside at 570 Lexington Avenue, 18th Fl., New York, NY 10022.

On the 14th day of December, 2017, deponent served the attached Notice of Substitution via regular mail on:

> Eric D. Herschmann, Esq.
> Michael P. Bowen, Esq.
> Andrew Kurland
> Kasowitz Benson Torres LLP
> 1633 Broadway
> New York, New York 10019
> Attorneys for Petitioner                and
>
> John Dellaportas, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue, 30th Floor
> New York, New York 10178
> Attorney for Sagi Genger Trust          and
>
> Steven Riker, Esq.
> 60 E. 42nd St. 46th Floor
> New York, New York 10165
> Guardian *ad Litem*

_____
Jeremy Busch

Subscribed and Sworn to
before me this 14th day
of December 2017

_____
Notary Public

ROBERT A. MEISTER
Notary Public, State of New York
No. 31-02ME2653350
Qualified in New York County
Commission Expires March 30, 2019