SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br>ORLY GENGER, as a person interested for the<br>removal of DALIA GENGER as Trustee of the<br>Orly Genger 1993 Trust pursuant to SCPA §711(11) | File No.: 2018-0017<br><br>Surrogate Nora S. Anderson |

New York County Surrogate's Court
MISCELLANEOUS DEPT.
JUL 16 2019
FILED
Clerk

PLEASE TAKE NOTICE that, on July 12, 2019 (the "Petition Date") at approximately 8:30 p.m. eastern time, petitioner/cross-claim defendant Orly Genger filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas, under Case No. 19-bk-10926.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11. U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against petitioner/cross-claim defendant Orly Genger that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date. Additional information about the bankruptcy can be obtained by reviewing the docket of the matter (*see* https://www.txwb.uscourts.gov/) or contacting counsel for debtor at:

Eric Taube, Esq.
(512) 385-6400
Eric.Taube@wallerlaw.com
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701

Dated: New York, New York
July 15, 2019

                        Respectfully submitted,

                        KASOWITZ BENSON TORRES LLP

                        By: _____
                        Michael Paul Bowen
                        (mbowen@kasowitz.com)
                        Andrew R. Kurland
                        (akurland@kasowitz.com)
                        1633 Broadway
                        New York, NY 10019
                        (212) 506-1700

                        Attorneys for petitioner/cross-claim defendant Orly Genger

TO (via FedEx):

    Judith Bachman, Esq.
    254 S. Main Street
    Suite 306
    New City, NY 10956

    *Counsel for Respondent Dalia Genger*

    Spencer I. Schneider, Esq.
    39 Broadway, 32nd Floor
    New York, NY 10006

    *Counsel for Successor Trustee Michael Oldner*

    John Dellaportas, Esq.
    EMMET, MARVIN & MARTIN LLP
    120 Broadway, 32nd Floor
    New York, NY 10271

    *Counsel to the Sagi Genger 1993 Trust*

Steven Riker, Esq.
Law Office of Steven Riker
One Grand Central Place, 46th Floor
New York, New York 10165

*Guardian Ad Litem*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of
ORLY GENGER, as a person interested for the
removal of DALIA GENGER as Trustee of the
Orly Genger 1993 Trust pursuant to SCPA §711(11

File No.: 2008-0017

Surrogate Nora S. Anderson

New York County Surrogate's Court
MISCELLANEOUS DEPT.

JUL 16 2019

**FILED**

Clerk

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice before the Courts of the State of New York. On July 15, 2019, on behalf of petitioner/cross-claim defendant Orly Genger, I caused to be served by FedEx overnight delivery a true and correct copy of petitioner/cross-claim defendant Orly Genger's Notice of Bankruptcy, dated July 15, 2019 on parties at the following addresses:

Judith Bachman, Esq.
254 S. Main Street
Suite 306
New City, NY 10956

*Counsel for Petitioner Dalia Genger*

Spencer I. Schneider, Esq.
39 Broadway, 32nd Floor
New York, NY 10006

*Counsel for Successor Trustee Michael Oldner*

John Dellaportas, Esq.
EMMET, MARVIN & MARTIN LLP
120 Broadway, 32nd Floor
New York, NY 10271

*Counsel for Sagi Genger*

Steven Riker, Esq.
Law Office of Steven Riker
One Grand Central Place, 46th Floor
New York, New York 10165

*Guardian Ad Litem*

Dated: New York, New York
      July 15, 2019

                                                                Andrew R. Kurland