```
SURROGATE'S COURT : NEW YORK COUNTY
-----------------------------------------X
In the Matter of the Application of
Orly Genger to Remove Dalia Genger
as Trustee of The Orly Genger 1993             File No. 2008-0017
Trust Established on December 13,
1993, by

                ARIE GENGER,

                        Grantor.
-----------------------------------------X
```

New York County Surrogate's Court

Date: August 20, 2019

ANDERSON, S.

    The court has been notified that Orly Genger, petitioner and counter-claim respondent in the above-captioned proceeding, has filed for bankruptcy, pursuant to Chapter 7 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Texas under Case No. 19-bk-10926. Accordingly, this proceeding has been automatically stayed (see 11 USC § 362).

    Proceed accordingly.

Dated: August 20, 2019

                                       /s/ NSA
                                    S U R R O G A T E