# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/19

December 23, 2019

**So ordered.**

*[signature]*
A. K. Hellerstein
12-23-19

**VIA ECF & FACSIMILE**
Hon. Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007
*fax:* (212) 805-7942

Re: *In the Matter of the Application of Orly Genger*, No. 19-cv-9319 (AKH)
*In the Matter of the Petition of Dalia Genger*, No. 19-cv-9365 (AKH)

Dear Judge Hellerstein:

We represent the Orly Genger 1993 Trust, through Michael Oldner, Trustee, with respect to the above-referenced matters which were removed from Surrogate's Court in connection with Orly Genger's bankruptcy then pending in the Western District of Texas. We write, pursuant to the request of the newly-appointed bankruptcy trustee, to seek a second 45-day adjournment for the Trustee's time to respond to our remand motions. (ECF No. 12 in 19-cv-9319; ECF No. 12 in 19-cv-9365.)

As detailed in the remand motions, the matters were removed by Ron Satija, the former Chapter 7 Trustee, when Ms. Genger's case was pending in the Western District of Texas. The removal papers were filed by the then-Trustee's counsel Kasowitz Benson Torres LLP. Before the transfer of the bankruptcy case arrived to New York, Kasowitz Benson sought a 45-day extension of the time for the new Trustee to respond. We had no objection and this Court granted that request. (ECF Nos. 15, 16, 17 in 19-cv-9319; ECF Nos. 14, 15, 16 in 19-cv-9365.)

Ms. Genger's bankruptcy case has now arrived to the Southern District of New York and Deborah J. Piazza of Tarter Krinsky & Drogin LLP has been appointed as trustee. *See* 19-br-13985. Her counsel, Rocco A. Cavaliere, also of Tarter Krinsky & Drogin LLP, has asked me to ask this Court for <u>an additional 45-day extension</u> while the new Trustee and her counsel conduct their diligence of the bankruptcy case and the related actions.

We have no objection to this second extension.

Hon. Alvin K. Hellerstein
December 23, 2019
Page 2 of 3

                                                Respectfully submitted,

                                                /s/ *Adam Pollock*

                                                Adam Pollock

cc (via email):

    Rocco A. Cavaliere, Esq.
    *Counsel to the Bankruptcy Trustee*

    Andrew R. Kurland, Esq.
    Kasowitz Benson Torres LLP
    *Counsel to the former Bankruptcy Trustee;*
    *Counsel for Orly Genger, debtor;*
    *Counsel for Arie Genger, creditor; and*
    *Counsel for Kasowitz Benson Torres LLP, creditor*

    Steven Riker, Esq.
    Law Office of Steven Riker
    *Guardian Ad Litem*

    Chris Gartman, Esq.
    Hughes Hubbard & Reed LLP
    *Counsel to Arnold Broser and David Broser*

    Natalie Bedoya McGinn, Esq.
    *Counsel to Arie Genger*

    John Boyle, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    *Counsel to Glenclova Investment Company, TR Investors, LLC,*
    *New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*

cc (via ECF):

    Michael Paul Bowen, Esq.
    Kasowitz Benson Torres LLP
    *Counsel to the former Bankruptcy Trustee;*
    *Counsel for Orly Genger, debtor;*
    *Counsel for Arie Genger, creditor; and*
    *Counsel for Kasowitz Benson Torres LLP, creditor*

Hon. Alvin K. Hellerstein
December 23, 2019
Page 3 of 3

>Judith Bachman, Esq.
>*Counsel to Dalia Genger*
>
>John Dellaportas, Esq.
>Emmet Marvin & Martin LLP
>*Counsel to Sagi Genger 1993 Trust & Sagi Genger*